**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Texas

Case number (if known): _____   Chapter ___7___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | Compression Generation Services, LLC |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**     4  5 – 3  1  4  1  1  8  3

**4. Debtor's address**

**Principal place of business**

14440 Smith Road
Number     Street

Humble, TX 77396
City                    State     ZIP Code

Harris
County

**Mailing address, if different from principal place of business**

Number          Street

P.O. Box

City                    State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number          Street

City                    State     ZIP Code

**5. Debtor's website (URL)**     www.compgenservices.com

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Compression Generation Services, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
<u>2   2   1   1</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☑ Yes. District <u>Southern District of Texas</u>   When <u>7/3/2019</u>   Case number <u>19-33804</u>
                                                                MM / DD / YYYY

District _____   When _____   Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____   Relationship _____

District _____   When _____
                                                        MM / DD / YYYY

Case number, if known _____

Debtor    <u>Compression Generation Services, LLC</u>                        Case number *(if known)* _____
           Name

---

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>                 Number      Street<br><br>_____<br><br>_____ _____ _____<br>City                    State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>          Contact name _____<br>          Phone _____ |

## Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☐ 1-49   ☐ 50-99     ☐ 1,000-5,000   ☐ 5,001-10,000     ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199 ☑ 200-999   ☐ 10,001-25,000                     ☐ More than 100,000 |
| **15.** | **Estimated assets** | ☐ $0-$50,000           ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☑ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million ☐ More than $50 billion |

---

| Debtor | Compression Generation Services, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| 16. **Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. **Declaration and signature of authorized representative of debtor** | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | ■ I have been authorized to file this petition on behalf of the debtor. |
| | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/04/2021
           MM/ DD/ YYYY

**X**   /s/ John Peter Pauk                      John Peter Pauk
     Signature of authorized representative of debtor          Printed name

Title            President

| 18. **Signature of attorney** | **X**   /s/ Susan Tran Adams        Date   03/04/2021 |
|---|---|
| |      Signature of attorney for debtor                  MM/ DD/ YYYY |

Susan Tran Adams
Printed name

TRAN SINGH, LLP
Firm name

1010 Lamar Street Ste 1160
Number       Street

Houston                       TX      77002
City                            State     ZIP Code

                               stran@ts-llp.com
Contact phone                           Email address

24075648                           TX
Bar number                           State

| Fill in this information to identify the case: |
| --- |
| Debtor name         Compression Generation Services, LLC |
| United States Bankruptcy Court for the: |
|                  Southern District of Texas |
| Case number (if known): _____ |

☐ Check if this is an
   amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an _insider_, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1   Capacity Funding, LLC 7 Renaissance Square 5th Floor White Plains, NY 10601 | | Loan | | | | $4,020,200.00 |
| 2   Cool Cow 28439 Champions Ridge Magnolia, TX 77354 | | Loan | | | | $175,000.00 |
| 3   Farnam Street Financial 240 Pondview Plaza 5850 Opus Parkway Hopkins, MN 55343 | | Loan | | | | $1,339,000.00 |
| 4   FlowCapital/Grenville 1 Adelaide Street East, #3002 Toronto, Ontario, Canada ON M5C 2V9 , | | Loan | | | | $8,648,300.00 |
| 5   Global HEA 14446 Smith Road Humble, TX 77396 | | Debt | | | | $177,000.00 |
| 6   Higginbotham Insurance Agency 500 West 13th Street Fort Worth, TX 76101 | | Debt | | | | $177,500.00 |
| 7   Humble ISD 1235 North Loop West 600 Houston, TX 77008 | | Debt | | | | $132,740.00 |
| 8   IAH/AIM Corporate 27523 Morton Road Katy, TX 77493 | | Loan | | | | $340,000.00 |

Debtor    Compression Generation Services, LLC                                  Case number *(if known)*

                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9   Industrial Supply/Dissolvalloy<br>21750 East Martin Drive<br>Porter, TX 77365 | | Loan | | | | $327,500.00 |
| 10   Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | | Debt | | | | $5,038,540.00 |
| 11   John & Patty Pauk<br>15502 Stone Gables Lane<br>Houston, TX 77044 | | Lost Wages | | | | $493,435.00 |
| 12   Queen Funding LLC<br>2221 NorthEast 164 Street 1144<br>North Miami Beach, FL 33160 | | Loan | | | | $148,000.00 |
| 13   RSD Supply<br>13225 FM 529 N<br>Houston, TX 77041 | | Debt | | | | $112,150.00 |
| 14   Smith Road Lot 6, LP<br>7720 Westview Drive<br>Houston, TX 77055 | | Debt | | | | $125,250.00 |
| 15   Southern Transport<br>PO Box 1550<br>Kilgore, TX 75663 | | Debt | | | | $128,500.00 |
| 16   SST Security Transport<br>14601 South Memorial Drive<br>Bixby, OK 74008 | | Debt | | | | $145,500.00 |
| 17   TCA Capital<br>777 Third Avenue 17A<br>New York, NY 10017 | | Debt | | | | $1,000,000.00 |
| 18   Texas Workforce<br>101 East 15th Street<br>Austin, TX 78701 | | Debt | | | | $176,350.00 |
| 19   TRF Energy<br>21315 West Hardy<br>Houston, TX 77073 | | Debt | | | | $130,000.00 |
| 20   Ven Holdings LLC<br>3371 North Sam Houston Parkway<br>Houston, TX 77038 | | Loan | | | | $474,150.00 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Compression Generation Services, LLC**                    CASE NO

                                                                   CHAPTER **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____ 03/04/2021 _____        Signature _____ /s/ John Peter Pauk _____
                                                                   John Peter Pauk, President

3D Network Solutions
PO Box 821113
Humble, TX 77396

AC ARS Oper
PO Box 2634
Cypress, TX 77410

Accutrol Exterminating
11842 Plum Meadow Lane
Houston, TX 77039

ACI Services
125 Steubenville Avenue
Cambridge, OH 43725

Action Supply
5513 Noments
Houston, TX 77039

AirGen
360 Kermit Highway
Odessa, TX 79764

Alfa Laval
5400 International Trade Drive
Henrico, VA 23231

Alliance Source Testing
255 Grant Street 600
36501

AllTran Financial, LLP
PO Box 722929
Houston, TX 77272


Ally Financial
PO Box 9001948
Louisville, KY 40290


American Express Gold
PO Box 409050
Fort Lauderdale, FL 33340


American Express Green
PO Box 650448
Dallas, TX 75265


American Wielding & Gas Inc.
4900 Falls of Neuse Road 150
Raleigh, NC 27609


Amerigas
PO Box 660288
Dallas, TX 75266


AMMR S-Advance Machine
1441 Luthe Road 106
Houston, TX 77039


Ample Comp
1929 65 Street Northwest
Houston, TX 77011

Apache Oil
PO Box 177
Pasadena, TX 77501


Applied I n
10633 W. Little York 250
Houston, TX 77041


Archrock Services
9807 Katy Freeway 100
Houston, TX 77024


ASC Air Street
PO Box 986
Stafford, TX 77497


Atmos Energy
2301 TX-40 Loop
Midland, TX 79706


Aubaine Supply
PO Box 727
Giddings, TX 78942


Axe Lawn Service
PO Box 3363
Humble, TX 77347


Banner Life I nsurance
Company
3275 Bennet Creek Avenue
Frederick, MD 21704

Bayou City
PO Box 330264
Houston, TX 77021

BC Operating, Inc.
PO Box 50820
Midland, TX 79710

Best Line
2582 Gateway Drive
State College, PA 16801

Bill Spitz
11530 Brittmore Park Drive
Houston, TX 77041

BK Power S
6812 Bourgeios Boulevard
Houston, TX 77011

Black Diamond Group
3840 Packard Road 130
Ann Arbor, MI 48108

Blackhawk Crane & Rig
PO Box 662
Gillette, WY 82717

Blue Cross Blue Shield of
Texas
14800 Frye Road 2nd Floor
Fort Worth, TX 76155

Blueline Rental
PO Box 840062
Dallas, TX 75284

Bosworth Investment Group
PO Box 52154
Midland, TX 79710

Boxx Modul
3475 High River Road
Fort Worth, TX 76155

Briggs & Veselka
9 Greenway Plaza 1700
Houston, TX 77046

Cam Process Tech
11757 Katy Freeway 1120
Houston, TX 77079

Cannonball Trucking
PO Box 262523
Houston, TX 77207

Capacity Funding, LLC
7 Renaissance Square 5th Floor
White Plains, NY 10601

Capital Growth Management
8550 Easton Commons Drive
Houston, TX 77095

CDR Strainers & Filters
279 Oil Field Road
Bellville, TX 77418


Central Power Systems
9200 Liberty Drive
Liberty, MO 64068


Champion Fasteners &
Industrial
10624 Tower Oaks Boulevard
Houston, TX 77070


Cintas
PO Box 650838
Dallas, TX 75265


City of Houston
PO Box 1560
Houston, TX 77251


Comcast
PO Box 37601
Philadelphia, PA 19101


Compass Compression
16135 Preston Road 304
Dallas, TX 75248


Comptroller of Public
Accounts
PO Box 149354
Austin, TX 78714

Conroe Welding
415 South Frazier
Conroe, TX 77301


Cool Cow
28439 Champions Ridge
Magnolia, TX 77354


CPI Intern
4323 Green Briar Drive
Stafford, TX 77477


Crane Masters Inc.
PO Box 1147
Houston, TX 77093


Crane Rental Division
5902 Allison Road
Houston, TX 77048


Cuates
817 Columbus Road
Sealy, TX 77474


Cyclone Bolt & Gasket
5246 North Sam Houston Parkway East
Houston, TX 77032


De Lage Landen
PO Box 41602
Philadelphia, PA 19101

Disa
10900 Corporate Centre Drive 250
Houston, TX 77041

DX Electric
PO Box 140005
Broken Arrow, OK 74014

Elliott Electric
1550 Wilson Road
Humble, TX 77338

Energy Rentals
4300 Rice Drier Road
Pearland, TX 77581

Engie Resources
PO Box 9001025
Louisville, KY 40290

Enginuitey
PO Box 420
Livingston, TX 77351

Entrust
PO Box 731396
Dallas, TX 75373

Ernie English
8710 Wyndham Village Drive
Houston, TX 77040

ERS Rental
4318 Bluebonnet Drive
Houston, TX 77053

Exterran
PO Box 201160
Dallas, TX 75320

Farnam Street Financial
240 Pondview Plaza
5850 Opus Parkway
Hopkins, MN 55343

FCX Performance
2006 Commonwealth Street
Houston, TX 77006

FlowCapital/Grenville
1 Adelaide Street East, #3002
Toronto, Ontario, Canada ON M5C 2V9

Frontier Communications
PO Box 120630
Newport News, VA 23612

FW Gartner
25 Southbelt Industrial Drive
Houston, TX 77047

FW Murphy/Econtrols
4646 South Harvard Avenue
Tulsa, OK 74135

G&A Fabr
6200 East Highway 80
Midland, TX 79706


Geophysical Technology Inc.
800 Mulberry Lane
Bellaire, TX 77401


GG&R, Inc.
5858 Westheimer Road 500
Houston, TX 77057


Global Compression Partners,
LLC
PO Box 12486
San Antonio, TX 78212


Global HEA
14446 Smith Road
Humble, TX 77396


Global Power/Utah Gas
1415 North Loop West 1250
Houston, TX 77008


Go Beyond Collection
100 Main Street East Suite 108,
Hamilton, Ontario, Canada L8N 3W4


Graybar
12753 Collections Center Drive
Chicago, IL 60693

Guntner
110 West Hillcrest Boulevard 105
Schaumburg, IL 60195

Harris County
Ann Harris Bennett
Po Box 3547
Houston, TX 77253-3547

Harris County Tax Assessor
1001 Preston
Houston, TX 77002

Heritage Crystal Clean
9360 Wallisville Road 190
Baytown, TX 77523

Hi Tork PO
1330 Shrub Oak
League City, TX 77573

Higginbotham Insurance
Agency
500 West 13th Street
Fort Worth, TX 76101

Holcomb Enviormental
4311 RV Mayfield Drive
Houston, TX 77088

Hose Solutions
7826 Fairview Road A
Houston, TX 77041

Houston Inspection Services
14403 East Freeway A
Houston, TX 77015

Houston WE
11001 Wallisville Road
Houston, TX 77013

Humble ISD
1235 North Loop West 600
Houston, TX 77008

Humble ISD
PO Box 4020
Houston, TX 77210

HYTORC of Texas
12420 Texaco Road
Houston, TX 77013

IAH/AIM Corporate
27523 Morton Road
Katy, TX 77493

ICS-Innovative Control
System
1500 Precision Drive 150
Plano, TX 75074

IND Compressor Services
1314 West Sam Houston Parkway North
Houston, TX 77043

Industrial
Supply/Dissolvalloy
21750 East Martin Drive
Porter, TX 77365


Infratel Communications
PO Box 91003
Houston, TX 77291


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


IPD
PO Box 3008
Los Angeles, CA 90030


IPFS
PO Box 412086
Kansas City, MO 64141


Jack's Grocery
14746 Old Humble Road
Humble, TX 77396


JD Crane
7915 Farnsoworth
Houston, TX 77022


Jeff Pena
1255 North Eddie
Odessa, TX 79763

Jetspecia
211 Market
Boerne, TX 78006


Joe Torres
PO Box 842623
Houston, TX 77084


John & Patty Pauk
15502 Stone Gables Lane
Houston, TX 77044


John Degnar
3752 Lake Street
Houston, TX 77098


Kabbage
PO Box 77081
Atlanta, GA 30357


King Hardy
90 Wilson Road
Humble, TX 77338


Kutek Rock LLP
PO Box 300575
Omaha, NE 68103


LA Energy
PO Box 9897
New Iberia, LA 70562

Lantelligent
30 Shawnee Ridge Drive
Spring, TX 77382


Litt Logistics
PO Box 1106
Huffman, TX 77336


Loaded D I C
PO Box 13627
Odessa, TX 79768


M&J Valve
PO Box 3307
Lafayette, LA 70502


M&P Flange
9426 Katy Freeway, Building 11
Houston, TX 77055


Matt Norris
15715 Ladino Run Street
Cypress, TX 77429


Mercer Valve Co.
PO Box 270970
Oklahoma City, OK 73137


Midland CAD
PO Box 1269
Round Rock, TX 78680

Midland County
c/o PBFC&M, LLP
1235 N Loop W 600
Houston, TX 77008


Mike Sullivan
PO Box 4622
Houston, TX 77210


Millcorp Industrial Supply
PO Box 10266
Corpus Christi, TX 78409


Miller Engineers
7705 East Highway 90
Jeanerette, LA 70544


Mitrowski Welding
1315 College Avenue
South Houston, TX 77587


MP Security
1102 Houston Street
Conroe, TX 77301


MSI Supply
108 Hirsch Road
Houston, TX 77020


Mustang CA
PO Box 1373
Houston, TX 77251

NFR Global, LLC
8871 Ridgeline Boulevard 250
Littleton, CO 80129

North Houston Valve
(Swedgelock)
27228 East Hardy Road
Spring, TX 77373

Northridge Court Apartment
3417 N Midland Drive
Midland, TX 79707

Northridge Court Association,
LP
3414 North Midland Drive
Midland, TX 79707

Northside Welding
13322 Hillside Drive
Houston, TX 77030

Ogletree & Deakins
50 International Drive
Greenville, SC 29615

OW Excel Oilfield Equipment
13227 Chrisman Road
Houston, TX 77039

Patterson, PC
4309 Yoakum Blvd. 2000
Houston, TX 77006

John Pauk
15502 Stone Gables Lane
Houston, TX 77044


Peerless Dynamics
1802 Cloud Croft Drive
Friendswood, TX 77546


Petronyx
3501 North Causeway Boulevard 210
Metairie, LA 70002


Phoenix Mechanical Integrity
PO Box 645
Dover, TN 37058


Power Solutions
201 Mittel Drive
Wood Dale, IL 60191


Powershift Generation
35 Charlton Avenue
Blackfalds, AB T0M 0J0, Canada


Powertherm
7420 Wright Road
Houston, TX 77041


Praxair
6620 Fairbanks North Houston Road
Houston, TX 77040

Preferred Logistics
12714 Settemont Road
Missouri City, TX 77489


Principal Life Insurance Co
PO Box 10372
Des Moines, IA 50306


Puffer Sweiven
PO Box 301124
Dallas, TX 75303


Pyron Expr
2712 Roger Avenue
Odessa, TX 79762


Queen Funding LLC
2221 NorthEast 164 Street 1144
North Miami Beach, FL 33160


Quest - Tec
13960 South Wayside Drive
Houston, TX 77048


R&R Gas & Equipment
2402 Broad Street
Houston, TX 77087


Ready Fresh
PO Box 5171
Westborough, MA 01581

RED-D-ARC Welding
1817 Federal Road
Houston, TX 77015


Republic Services
8220 W Highway 80
Midland, TX 79706


Richard Brown
1911Mossback Circle
Fresno, TX 77545


Robert Majano
21910 Octavia Way
Houston, TX 77073


ROC - Houston
1200 Binz 101
Houston, TX 77004


Rogers Equipment Sales
690 Sawmill Road
Durango, CO 81301


Rouge Waste Recovery &
Enviormental
PO Box 258
Conroe, TX 77305


RSD Supply
13225 FM 529 N
Houston, TX 77041

S I Energy
666 Goddard Ave NE
Calgary, AB T2K 5X3, Canada


Santini Ex
PO Box 15275
Houston, TX 77220


SCE
PO Box 600
Rosemead, CA 91771


Select Environmental
PO Box 732711
Dallas, TX 75373


Service Steel
PO Box 9607
Houston, TX 77213


Sherwin Williams
303 A FM 1960 West
Humble, TX 77338


Sheryl Burford
11714 Idlebrook Drive
Houston, TX 77070


Smith Road Lot 6, LP
7720 Westview Drive
Houston, TX 77055

SoCalGas
PO Box C
Monterey Park, CA 91756

Southern Transport
PO Box 1550
Kilgore, TX 75663

Spring Gas Compression
9337 Spring Cypress Road A
Spring, TX 77379

SST Security Transport
14601 South Memorial Drive
Bixby, OK 74008

ST South T
PO Box 7616
Victoria, TX 77903

Steel Supply
10600 Telephone Road
Houston, TX 77075

Stone Trucking
PO Box 700
Kiefer, OK 74041

Stuart Hos
4851 Homestead Road
Houston, TX 77028

Sunbelt Rental
PO Box 409211
Atlanta, GA 30384

Sundance F
PO Box 2495
Spring, TX 77383

TB Woods
440 North Fifth Avenue
Chambersburg, PA 17201

TCA Capital
777 Third Avenue 17A
New York, NY 10017

Texas Commission On
Environmental Quality
900 Airon Parkway 104
San Antonio, TX 78216

Texas Comptroller
PO Box 149359
Austin, TX 78714

Texas Mutual Insurance Co
PO Box 841843
Dallas, TX 75284

Texas Steam Equipment Co.
Inc.
PO Box 30129
New Orleans, LA 70190

Texas Workforce
101 East 15th Street
Austin, TX 78701

The Eads
13843 Promenade Boulevard 100
Stafford, TX 77477

The Savino Group
1810 West 25th Street
Houston, TX 77008

Titan Transportation
11603 Spring Cypress Road B
Tomball, TX 77377

Torc Engineering
3931 North Gamer Lake Road
Gillette, WY 82716

Travelers Insurance
PO Box 660317
Dallas, TX 75266

TRF Energy
21315 West Hardy
Houston, TX 77073

Trio Fab In
6515 Carson Road
Houston, TX 77048

Truespec
14107 Interview Drive West
Houston, TX 77032


TSC Logist
111 Founders Drive 300
Baton Rouge, LA 70810


Turbo Power Systems Inc.
1860 Interstate 10 South
Beaumont, TX 77707


United Vis
PO Box 975357
Dallas, TX 75397


UPS Shipping
55 Glenlake Parkway NorthEast
Atlanta, GA 30328


UR-United
PO Box 840514
Dallas, TX 75284


USA Industrial
302 State Street
South Houston, TX 77587


Ven Holdings LLC
3371 North Sam Houston Parkway
Houston, TX 77038

Verizon
26000 Cannon Road
Bedford, OH 44146

Vonage
PO Box 392415
Alum Bank, PA 15521

Waste Management
26000 Cannon Road
Bedford, OH 44146

WEG Electric
6655 Sugarloaf Parkway
Duluth, GA 30097

Westair Praxair Distributions, Inc.
PO Box 120889
Dallas, TX 75312

WF Steel
PO Box 670563
White Oak, TX 75693

White Oak Radiator
PO Box 606
White Oak, TX 75693

Who The Geeks Call, LLC
PO Box 80933
Midland, TX 79708