Fill in this information to identify the case:

Debtor name          Compression Generation Services, LLC

United States Bankruptcy Court for the:

             Southern District of Texas

Case number (if known):      21-30783

☐ Check if this is an amended filing

# Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/05/2021             **X**   /s/ John Peter Pauk _____
        MM/ DD/ YYYY                   Signature of individual signing on behalf of debtor

                                         John Peter Pauk _____
                                         Printed name

                                         President _____
                                         Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Compression Generation Services, LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known): | 21-30783 |

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

**1.   Does the debtor have any cash or cash equivalents?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2.   Cash on hand** | | | _____ |
| **3.   Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1  **Wood Forest Bank** | **Checking account** | | **$0.00** |
| **Additional Page Total** - *See continuation page for additional entries* | | | **$0.00** |
| **4.   Other cash equivalents** *(Identify all)* | | | |
| **None** | | | |
| **5.   Total of Part 1** | | | **$0.00** |
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | |

### Part 2:   Deposits and prepayments

**6.   Does the debtor have any deposits or prepayments?**
☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **7.   Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 7.1  **Smith Road Lot 6** | **$14,800.00** |

| Debtor | Compression Generation Services, LLC | Case number *(if known)* | 21-30783 |
|---|---|---|---|
| | Name | | |

**Additional Page Total** - *See continuation page for additional entries* $13,665.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   **None**

9. **Total of Part 2** $28,465.00
   Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**
    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts Receivable**

    11a. 90 days old or less:  $385,000.00      -    $0.00     = ......  →    $385,000.00
         face amount              doubtful or uncollectible accounts

    11b. Over 90 days old:  $10,600.00      -    $0.00     = ......  →    $10,600.00
         face amount           doubtful or uncollectible accounts

12. **Total of Part 3** $395,600.00
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4:   Investments

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of fund or stock:                    % of ownership:

    **None**

Debtor   **Compression Generation Services, LLC**                    Case number *(if known)*      **21-30783**
         Name

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    **None**

17. **Total of Part 4**

    Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                    **$0.00**

---

**Part 5:**  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.
    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 **Serialized** | **08/01/2016** MM / DD / YYYY | **$832,800.00** | **Cost** | **$832,800.00** |
| **Additional Page Total** - *See continuation page for additional entries* | | | | **$2,050,000.00** |
| **20. Work in progress** | | | | |
| 20.1 **Parts** | **08/01/2016** MM / DD / YYYY | **$1,365,000.00** | **Cost** | **$1,365,000.00** |
| **Additional Page Total** - *See continuation page for additional entries* | | | | **$196,000.00** |
| **21. Finished goods, including goods held for resale** | | | | |
| **None** | | | | |
| **22. Other inventory or supplies** | | | | |
| 22.1 **Tools** | **08/01/2016** MM / DD / YYYY | **$200,000.00** | **Cost** | **$200,000.00** |

23. **Total of Part 5**

    Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                    **$4,643,800.00**

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No
    ☐ Yes

---

Debtor __**Compression Generation Services, LLC**__      Case number *(if known)* _____ **21-30783**
     Name

---

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops — either planted or harvested**

    **None**

29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish

    **None**

30. **Farm machinery and equipment** (Other than titled motor vehicles)

    **None**

31. **Farm and fishing supplies, chemicals, and feed**

    **None**

32. **Other farming and fishing-related property not already listed in Part 6**

    **None**

33. **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.          **$0.00**

34. **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

| Debtor | **Compression Generation Services, LLC** | Case number *(if known)* | **21-30783** |
| | Name | | |

**37.   Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

---

**38.   Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.   Office furniture** | | | |
| **File cabinets, Leather office chairs, Shredder, Tables & Chairs, Desks & desk chairs, Dry Eraser boards,** 39.1 **Refrigerators, Microwave, File cabinets, Dinette sets** | $7,000.00 | Cost | $7,000.00 |
| **40.   Office fixtures** | | | |
| **None** | | | |
| **41.   Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Dell Computers, Monitors, Laptop, Server, Cyberpower** 41.1 **Computer, Frys Electronics, Copier/Fax/Scanner** | $12,000.00 | Cost | $12,000.00 |
| **42.   Collectibles** *Examples:* Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| **None** | | | |

**43.   Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                                                    $19,000.00

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 8:** Machinery, equipment, and vehicles

---

Debtor    **Compression Generation Services, LLC**                              Case number *(if known)*          **21-30783**
          Name

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  **2013 GMC Sierra** | (Unknown) | | $4,525.00 |
| 47.2  **2013 Chevrolet Silverado** | (Unknown) | | $20,300.00 |
| 47.3  **2013 Chevrolet Silverado** | (Unknown) | | $19,775.00 |
| Additional Page Total - *See continuation page for additional entries* | | | $141,750.00 |
| **48. Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **None** | | | |
| **49. Aircraft and accessories** | | | |
| **None** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1  **2015 Hyundai 70D Forklift** | (Unknown) | | $25,000.00 |
| Additional Page Total - *See continuation page for additional entries* | | | $20,000.00 |

**51. Total of Part 8**
Add lines 47 through 50. Copy the total to line 87.                                                                                          $231,350.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:**  Real Property

**54. Does the debtor own or lease any real property?**
☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

| Debtor | Compression Generation Services, LLC | Case number *(if known)* | 21-30783 |
|---|---|---|---|
| | Name | | |

| General description<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

None

**56.** **Total of Part 9**

Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.     $0.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and Intellectual Property |
|---|---|

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.** **Patents, copyrights, trademarks, and trade secrets**

None

**61.** **Internet domain names and websites**

None

**62.** **Licenses, franchises, and royalties**

None

**63.** **Customer lists, mailing lists, or other compilations**

None

**64.** **Other intangibles, or intellectual property**

None

**65.** **Goodwill**

None

**Schedule A/B: Property**

Debtor _____Compression Generation Services, LLC_____ Case number *(if known)* _____21-30783_____
          Name

---

66. **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.                                   **$0.00**

67. **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

---

**Part 11:** All other assets

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    ☐ No. Go to Part 12.
    ☑ Yes. Fill in the information below.

    | | Current value of debtor's interest |
    |---|---|

71. **Notes receivable**
    Description (include name of obligor)

    **None**

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    **None**

73. **Interests in insurance policies or annuities**

    **None**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    74.1 **Fraudulent transfer by Gulf and Western Enterprises LLC** _____            **$5,464,440.00**
    **Nature of Claim** ___theft and conversion___
    **Amount Requested** ___$5,464,440.00___

    **Additional Page Total** - *See continuation page for additional entries*                **$21,857,760.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    **None**

76. **Trusts, equitable or future interests in property**

---

Debtor   **Compression Generation Services, LLC**                                          Case number *(if known)*        **21-30783**
　　　　　Name

**None**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

**None**

**78.** **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.                                                          $27,322,200.00

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | **Compression Generation Services, LLC** | | Case number *(if known)* | **21-30783** |
|---|---|---|---|---|
| | Name | | | |

## Part 12: Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $28,465.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $395,600.00 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $4,643,800.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $19,000.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $231,350.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*............................................................... | → | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + $27,322,200.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $32,640,415.00 | + 91b. $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................... | | $32,640,415.00 |

| Debtor | **Compression Generation Services, LLC** | Case number *(if known)* | **21-30783** |
|---|---|---|---|
| | Name | | |

---

### Additional Page

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3. Checking, savings, money market, or financial brokerage accounts - *Continued***

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.2 | Wells Fargo | Checking account | 2287 | $0.00 |
| 3.3 | Wells Fargo | Checking account | 2789 | $0.00 |
| 3.4 | Frost Bank | Checking account | 2633 | $0.00 |
| 3.5 | Frost Bank | Checking account | 6980 | $0.00 |

| | | | Current value of debtor's interest |
|---|---|---|---|

**7. Deposits, including security deposits and utility deposits - *Continued***

Description, including name of holder of deposit

| | | Current value |
|---|---|---|
| 7.2 | Farnam Street Financial | $13,065.00 |
| 7.3 | City of Humble - Water | $600.00 |

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles - *Continued***

| | | | | |
|---|---|---|---|---|
| 47.4 | 2014 Chevrolet Silverado | (Unknown) | | $17,275.00 |
| 47.5 | 2015 Chevrolet Silverado | (Unknown) | | $19,575.00 |
| 47.6 | 2015 Chevrolet Silverado | (Unknown) | | $19,975.00 |
| 47.7 | 2015 Chevrolet Silverado | (Unknown) | | $21,100.00 |
| 47.8 | 2015 Chevrolet Silverado | (Unknown) | | $20,850.00 |
| 47.9 | 2014 Dodge Ram 3500 | (Unknown) | | $28,350.00 |
| 47.10 | 2003 Ford F450 | (Unknown) | | $11,125.00 |
| 47.11 | 2018 Hyster 530 Forklift | (Unknown) | | $3,500.00 |

**50. Other machinery, fixtures, and equipment - *Continued***

| | | | | |
|---|---|---|---|---|
| 50.2 | 2014 Hyster Forklift | (Unknown) | | $20,000.00 |

| | | | Current value of debtor's interest |
|---|---|---|---|

**74. Causes of action against third parties (whether or not a lawsuit has been filed) - *Continued***

| | | |
|---|---|---|
| 74.2 | Fraudulent transfer by Grizzly Service, LLC (affiliate of Gulf and Western Enterprises, LLC) | |
| | Nature of Claim    theft and conversion | |
| | Amount Requested    $5,464,440.00 | $5,464,440.00 |

Debtor   **Compression Generation Services, LLC**                                    Case number *(if known)*      **21-30783**
Name

## Additional Page

74.3   **Fraudulent transfer by Python Holdings, LLC (affiliate of Gulf and Western Enterprises, LLC)**                    $5,464,440.00

**Nature of Claim**     theft and conversion

**Amount Requested**     $5,464,440.00

74.4   **Fraudulent transfer by Carlos Buchanan, LLC (affiliate of Gulf and Western Enterprises, LLC)**                    $5,464,440.00

**Nature of Claim**     theft and conversion

**Amount Requested**     $5,464,440.00

74.5   **Fraudulent transfer by Buchanan Ventures, LLC (affiliate of Gulf and Western Enterprises, LLC)**                    $5,464,440.00

**Nature of Claim**     theft and conversion

**Amount Requested**     $5,464,440.00

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Compression Generation Services, LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known): | 21-30783 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2.** **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1**

**Creditor's name**
Ally Financial

**Creditor's mailing address**
PO Box 9001948

Louisville, KY 40290

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Auto Loans

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $48,300.00

Value of collateral: unknown

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$20,752,030.00

| Debtor | Compression Generation Services, LLC | Case number *(if known)* | 21-30783 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | | *Column A* | *Column B* |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

---

**2.2**

**Creditor's name**
Capacity Funding, LLC

**Creditor's mailing address**
7 Renaissance Square 5th Floor
White Plains, NY 10601

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $4,020,200.00
Value of collateral: unknown

---

**2.3**

**Creditor's name**
Cool Cow

**Creditor's mailing address**
28439 Champions Ridge
Magnolia, TX 77354

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $175,000.00
Value of collateral: unknown

---

| Debtor | Compression Generation Services, LLC | Case number *(if known)* | 21-30783 |
|---|---|---|---|
| | Name | | |

**Part 1:  Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.4** **Creditor's name**

Farnam Street Financial

**Creditor's mailing address**

240 Pondview Plaza

5850 Opus Parkway

Hopkins, MN 55343

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,339,000.00        unknown

---

**2.5** **Creditor's name**

FlowCapital/Grenville

**Creditor's mailing address**

1 Adelaide Street East, #3002

Toronto, Ontario, Canada ON M5C 2V9

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,648,300.00        unknown

---

| Debtor | Compression Generation Services, LLC | Case number *(if known)* | 21-30783 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.6**

**Creditor's name**
Harris County

**Describe debtor's property that is subject to a lien**        $63,150.00        unknown

**Describe the lien**

**Creditor's mailing address**
Ann Harris Bennett

Po Box 3547

Houston, TX 77253-3547

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred** _____

**Last 4 digits of account number**     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

---

**2.7**

**Creditor's name**
Humble ISD

**Describe debtor's property that is subject to a lien**        $93,500.00        unknown

**Describe the lien**
Ad Valorem Taxes

**Creditor's mailing address**
PO Box 4020

Houston, TX 77210

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred** _____

**Last 4 digits of account number**     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

Debtor    Compression Generation Services, LLC          Case number *(if known)*    21-30783
          _____
          Name

| Part 1: | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
|---|---|---|---|---|

---

**2.8** **Creditor's name**

IAH/AIM Corporate

**Creditor's mailing address**

27523 Morton Road

Katy, TX 77493

**Creditor's email address, if known**

_____

Date debt was incurred _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $340,000.00    Column B: unknown

---

**2.9** **Creditor's name**

Industrial Supply/Dissolvalloy

**Creditor's mailing address**

21750 East Martin Drive

Porter, TX 77365

**Creditor's email address, if known**

_____

Date debt was incurred _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $327,500.00    Column B: unknown

---

| Debtor | Compression Generation Services, LLC | Case number *(if known)* | 21-30783 |
|---|---|---|---|
| | Name | | |

| Part 1: | **Additional Page** | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**2.10**

**Creditor's name**
Internal Revenue Service

**Creditor's mailing address**
P.O. Box 7346

Philadelphia, PA 19101

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Debt

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $5,038,540.00    Value of collateral: unknown

**2.11**

**Creditor's name**
Kabbage

**Creditor's mailing address**
PO Box 77081

Atlanta, GA 30357

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $28,400.00    Value of collateral: unknown

| Debtor | Compression Generation Services, LLC | Case number *(if known)* | 21-30783 |
|---|---|---|---|
| | Name | | |

**Part 1:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral that supports this claim |
| | Do not deduct the value of collateral. | |

**2.12** Creditor's name

King Hardy

Creditor's mailing address

90 Wilson Road

Humble, TX 77338

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No.

☐ Yes. Have you already specified the relative priority?

Describe debtor's property that is subject to a lien

Describe the lien
Loan

Is the creditor an insider or related party?
☑ No
☐ Yes.

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $5,000.00
Column B: unknown

---

**2.13** Creditor's name

Midland CAD

Creditor's mailing address

PO Box 1269

Round Rock, TX 78680

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No.

☐ Yes. Have you already specified the relative priority?

Describe debtor's property that is subject to a lien

Describe the lien
Ad Valorem Taxes

Is the creditor an insider or related party?
☑ No
☐ Yes.

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $2,750.00
Column B: unknown

Debtor    Compression Generation Services, LLC        Case number *(if known)*    21-30783
       Name

| **Part 1:** | **Additional Page** | **Column A** | **Column B** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.14**   **Creditor's name**

Midland County

Describe debtor's property that is subject to a lien      $240.00      unknown

**Describe the lien**
Ad Valorem Taxes

**Creditor's mailing address**

c/o PBFC&M, LLP

1235 N Loop W 600

Houston, TX 77008

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred** _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

---

**2.15**   **Creditor's name**

Queen Funding LLC

Describe debtor's property that is subject to a lien      $148,000.00      unknown

**Describe the lien**
Loan

**Creditor's mailing address**

2221 NorthEast 164 Street 1144

North Miami Beach, FL 33160

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred** _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

---

Debtor    Compression Generation Services, LLC _____    Case number *(if known)* _____ 21-30783

       Name

| Part 1: | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.16**

**Creditor's name**

Ven Holdings LLC _____

**Describe debtor's property that is subject to a lien**

$474,150.00                    unknown

**Describe the lien**

Loan _____

**Creditor's mailing address**

3371 North Sam Houston Parkway _____

Houston, TX 77038 _____

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred** _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

| Debtor | Compression Generation Services, LLC | Case number *(if known)* | 21-30783 |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:**</div> List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____ _____ | Line _____ | ____ ____ ____ ____ |

Fill in this information to identify the case:

Debtor name         Compression Generation Services, LLC

United States Bankruptcy Court for the:

            Southern District of Texas

Case number (if known):     21-30783

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**

Comptroller of Public Accounts

PO Box 149354

Austin, TX 78714

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim:** $18,900.00     **Priority amount:** $18,900.00

**2.2** **Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Compression Generation Services, LLC | Case number (if known) | 21-30783 |
|---|---|---|---|
| | Name | | |

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address

3D Network Solutions

PO Box 821113

Humble, TX 77396

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$730.00

**3.2** | Nonpriority creditor's name and mailing address

AC ARS Oper

PO Box 2634

Cypress, TX 77410

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$3,300.00

**3.3** | Nonpriority creditor's name and mailing address

Accutrol Exterminating

11842 Plum Meadow Lane

Houston, TX 77039

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$220.00

**3.4** | Nonpriority creditor's name and mailing address

ACI Services

125 Steubenville Avenue

Cambridge, OH 43725

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$21,800.00

**3.5** | Nonpriority creditor's name and mailing address

Action Supply

5513 Noments

Houston, TX 77039

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$1,460.00

| Debtor | **Compression Generation Services, LLC** | Case number *(if known)* | **21-30783** |
|--------|------------------------------------------|--------------------------|--------------|
|        | Name | | |

---

**Part 2:** Additional Page

---

**3.6** Nonpriority creditor's name and mailing address

AirGen

360 Kermit Highway

Odessa, TX 79764

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,480.00

---

**3.7** Nonpriority creditor's name and mailing address

Alfa Laval

5400 International Trade Drive

Henrico, VA 23231

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,160.00

---

**3.8** Nonpriority creditor's name and mailing address

Alliance Source Testing

255 Grant Street 600

36501

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,000.00

---

**3.9** Nonpriority creditor's name and mailing address

AllTran Financial, LLP

PO Box 722929

Houston, TX 77272

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$35,680.00

---

**3.10** Nonpriority creditor's name and mailing address

American Express Gold

PO Box 409050

Fort Lauderdale, FL 33340

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$32,000.00

---

| Debtor | **Compression Generation Services, LLC** | Case number *(if known)* | **21-30783** |
|--------|------------------------------------------|--------------------------|--------------|
|        | Name                                     |                          |              |

| **Part 2:** | Additional Page |
|-------------|-----------------|

---

**3.11** | Nonpriority creditor's name and mailing address
American Express Green

PO Box 650448

Dallas, TX 75265

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Debt__

Is the claim subject to offset?
☑ No
☐ Yes

$3,570.00

---

**3.12** | Nonpriority creditor's name and mailing address
American Wielding & Gas Inc.

4900 Falls of Neuse Road 150

Raleigh, NC 27609

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Debt__

Is the claim subject to offset?
☑ No
☐ Yes

$1,125.00

---

**3.13** | Nonpriority creditor's name and mailing address
Amerigas

PO Box 660288

Dallas, TX 75266

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Debt__

Is the claim subject to offset?
☑ No
☐ Yes

$225.00

---

**3.14** | Nonpriority creditor's name and mailing address
AMMR S-Advance Machine

1441 Luthe Road 106

Houston, TX 77039

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Debt__

Is the claim subject to offset?
☑ No
☐ Yes

$2,300.00

---

**3.15** | Nonpriority creditor's name and mailing address
Ample Comp

1929 65 Street Northwest

Houston, TX 77011

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Debt__

Is the claim subject to offset?
☑ No
☐ Yes

$10,100.00

---

| Debtor | **Compression Generation Services, LLC** | Case number *(if known)* | **21-30783** |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

**3.16** Nonpriority creditor's name and mailing address
Apache Oil

PO Box 177

Pasadena, TX 77501

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$2,405.00

---

**3.17** Nonpriority creditor's name and mailing address
Applied In

10633 W. Little York 250

Houston, TX 77041

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$5,865.00

---

**3.18** Nonpriority creditor's name and mailing address
Archrock Services

9807 Katy Freeway 100

Houston, TX 77024

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$38,560.00

---

**3.19** Nonpriority creditor's name and mailing address
ASC Air Street

PO Box 986

Stafford, TX 77497

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$425.00

---

**3.20** Nonpriority creditor's name and mailing address
Atmos Energy

2301 TX-40 Loop

Midland, TX 79706

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$200.00

---

| Debtor | **Compression Generation Services, LLC** | Case number *(if known)* | **21-30783** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | Additional Page |
|---|---|

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,300.00 |
|---|---|---|---|

**Aubaine Supply**

**PO Box 727**

**Giddings, TX 78942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Debt**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $875.00 |
|---|---|---|---|

**Axe Lawn Service**

**PO Box 3363**

**Humble, TX 77347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Debt**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $640.00 |
|---|---|---|---|

**Banner Life Insurance Company**

**3275 Bennet Creek Avenue**

**Frederick, MD 21704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Debt**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $410.00 |
|---|---|---|---|

**Bayou City**

**PO Box 330264**

**Houston, TX 77021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Debt**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,075.00 |
|---|---|---|---|

**Best Line**

**2582 Gateway Drive**

**State College, PA 16801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Debt**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Compression Generation Services, LLC**          Case number *(if known)*      **21-30783**
         Name

| Part 2: | Additional Page |
|---------|-----------------|

**3.26** Nonpriority creditor's name and mailing address

Bill Spitz

11530 Brittmore Park Drive

Houston, TX 77041

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$2,130.00

---

**3.27** Nonpriority creditor's name and mailing address

BK Power S

6812 Bourgeios Boulevard

Houston, TX 77011

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$25,875.00

---

**3.28** Nonpriority creditor's name and mailing address

Black Diamond Group

3840 Packard Road 130

Ann Arbor, MI 48108

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$15,485.00

---

**3.29** Nonpriority creditor's name and mailing address

Blackhawk Crane & Rig

PO Box 662

Gillette, WY 82717

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$24,600.00

---

**3.30** Nonpriority creditor's name and mailing address

Blue Cross Blue Shield of Texas

14800 Frye Road 2nd Floor

Fort Worth, TX 76155

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$40,625.00

| Debtor | **Compression Generation Services, LLC** | Case number *(if known)* | **21-30783** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,355.00
| **Blueline Rental** | *Check all that apply.*
| | ☐ Contingent
| PO Box 840062 | ☐ Unliquidated
| Dallas, TX 75284 | ☐ Disputed
| | **Basis for the claim:** Debt
| Date or dates debt was incurred | **Is the claim subject to offset?**
| | ☑ No
| Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,465.00
| **Bosworth Investment Group** | *Check all that apply.*
| | ☐ Contingent
| PO Box 52154 | ☐ Unliquidated
| Midland, TX 79710 | ☐ Disputed
| | **Basis for the claim:** Debt
| Date or dates debt was incurred | **Is the claim subject to offset?**
| | ☑ No
| Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,810.00
| **Boxx Modul** | *Check all that apply.*
| | ☐ Contingent
| 3475 High River Road | ☐ Unliquidated
| Fort Worth, TX 76155 | ☐ Disputed
| | **Basis for the claim:** Debt
| Date or dates debt was incurred | **Is the claim subject to offset?**
| | ☑ No
| Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,330.00
| **Briggs & Veselka** | *Check all that apply.*
| | ☐ Contingent
| 9 Greenway Plaza 1700 | ☐ Unliquidated
| Houston, TX 77046 | ☐ Disputed
| | **Basis for the claim:** Debt
| Date or dates debt was incurred | **Is the claim subject to offset?**
| | ☑ No
| Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33,880.00
| **Cam Process Tech** | *Check all that apply.*
| | ☐ Contingent
| 11757 Katy Freeway 1120 | ☐ Unliquidated
| Houston, TX 77079 | ☐ Disputed
| | **Basis for the claim:** Debt
| Date or dates debt was incurred | **Is the claim subject to offset?**
| | ☑ No
| Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes

---

Debtor   **Compression Generation Services, LLC**
Name
Case number *(if known)*   **21-30783**

| Part 2: | Additional Page |
|---|---|

---

**3.36** | Nonpriority creditor's name and mailing address

**Cannonball Trucking**

PO Box 262523

Houston, TX 77207

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$1,405.00

---

**3.37** | Nonpriority creditor's name and mailing address

**Capital Growth Management**

8550 Easton Commons Drive

Houston, TX 77095

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$6,500.00

---

**3.38** | Nonpriority creditor's name and mailing address

**CDR Strainers & Filters**

279 Oil Field Road

Bellville, TX 77418

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$7,600.00

---

**3.39** | Nonpriority creditor's name and mailing address

**Central Power Systems**

9200 Liberty Drive

Liberty, MO 64068

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$3,500.00

---

**3.40** | Nonpriority creditor's name and mailing address

**Champion Fasteners & Industrial**

10624 Tower Oaks Boulevard

Houston, TX 77070

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$15,310.00

---

| Debtor | Compression Generation Services, LLC | Case number *(if known)* | 21-30783 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.41** Nonpriority creditor's name and mailing address

Cintas

PO Box 650838

Dallas, TX 75265

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$7,035.00

---

**3.42** Nonpriority creditor's name and mailing address

City of Houston

PO Box 1560

Houston, TX 77251

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$415.00

---

**3.43** Nonpriority creditor's name and mailing address

Comcast

PO Box 37601

Philadelphia, PA 19101

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$6,535.00

---

**3.44** Nonpriority creditor's name and mailing address

Compass Compression

16135 Preston Road 304

Dallas, TX 75248

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$57,225.00

---

**3.45** Nonpriority creditor's name and mailing address

Conroe Welding

415 South Frazier

Conroe, TX 77301

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$10,895.00

---

Debtor    __Compression Generation Services, LLC__                              Case number *(if known)*      __21-30783__
Name

| Part 2: | Additional Page |

---

**3.46** Nonpriority creditor's name and mailing address

CPI Intern

4323 Green Briar Drive

Stafford, TX 77477

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$1,210.00

---

**3.47** Nonpriority creditor's name and mailing address

Crane Masters Inc.

PO Box 1147

Houston, TX 77093

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$18,875.00

---

**3.48** Nonpriority creditor's name and mailing address

Crane Rental Division

5902 Allison Road

Houston, TX 77048

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$4,520.00

---

**3.49** Nonpriority creditor's name and mailing address

Cuates

817 Columbus Road

Sealy, TX 77474

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$101,160.00

---

**3.50** Nonpriority creditor's name and mailing address

Cyclone Bolt & Gasket

5246 North Sam Houston Parkway East

Houston, TX 77032

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$1,635.00

---

| Debtor | **Compression Generation Services, LLC** | Case number *(if known)* | **21-30783** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

| **3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,720.00 |
|---|---|---|---|

**3.51** Nonpriority creditor's name and mailing address
De Lage Landen

PO Box 41602

Philadelphia, PA 19101

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$5,720.00

---

**3.52** Nonpriority creditor's name and mailing address
Disa

10900 Corporate Centre Drive 250

Houston, TX 77041

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$2,865.00

---

**3.53** Nonpriority creditor's name and mailing address
DX Electric

PO Box 140005

Broken Arrow, OK 74014

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$8,845.00

---

**3.54** Nonpriority creditor's name and mailing address
Elliott Electric

1550 Wilson Road

Humble, TX 77338

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$8,605.00

---

**3.55** Nonpriority creditor's name and mailing address
Energy Rentals

4300 Rice Drier Road

Pearland, TX 77581

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$57,140.00

---

| Debtor | **Compression Generation Services, LLC** | Case number *(if known)* | **21-30783** |
|--------|------------------------------------------|--------------------------|--------------|
| | Name | | |

**Part 2:** Additional Page

---

**3.56** Nonpriority creditor's name and mailing address

Engie Resources

PO Box 9001025

Louisville, KY 40290

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Debt__

Is the claim subject to offset?
☑ No
☐ Yes

$7,055.00

---

**3.57** Nonpriority creditor's name and mailing address

Enginuitey

PO Box 420

Livingston, TX 77351

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Debt__

Is the claim subject to offset?
☑ No
☐ Yes

$1,940.00

---

**3.58** Nonpriority creditor's name and mailing address

Entrust

PO Box 731396

Dallas, TX 75373

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Debt__

Is the claim subject to offset?
☑ No
☐ Yes

$490.00

---

**3.59** Nonpriority creditor's name and mailing address

Ernie English

8710 Wyndham Village Drive

Houston, TX 77040

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Debt__

Is the claim subject to offset?
☑ No
☐ Yes

$11,160.00

---

**3.60** Nonpriority creditor's name and mailing address

ERS Rental

4318 Bluebonnet Drive

Houston, TX 77053

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Debt__

Is the claim subject to offset?
☑ No
☐ Yes

$49,700.00

---

| Debtor | **Compression Generation Services, LLC** | Case number *(if known)* | **21-30783** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.61** Nonpriority creditor's name and mailing address

Exterran

PO Box 201160

Dallas, TX 75320

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$10,560.00

---

**3.62** Nonpriority creditor's name and mailing address

FCX Performance

2006 Commonwealth Street

Houston, TX 77006

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$30,685.00

---

**3.63** Nonpriority creditor's name and mailing address

Frontier Communications

PO Box 120630

Newport News, VA 23612

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$700.00

---

**3.64** Nonpriority creditor's name and mailing address

FW Gartner

25 Southbelt Industrial Drive

Houston, TX 77047

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$9,590.00

---

**3.65** Nonpriority creditor's name and mailing address

FW Murphy/Econtrols

4646 South Harvard Avenue

Tulsa, OK 74135

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$32,300.00

---

| Debtor | **Compression Generation Services, LLC** | Case number *(if known)* | **21-30783** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | Additional Page |
|---|---|

---

**3.66** Nonpriority creditor's name and mailing address

G&A Fabr

6200 East Highway 80

Midland, TX 79706

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,550.00

---

**3.67** Nonpriority creditor's name and mailing address

Geophysical Technology Inc.

800 Mulberry Lane

Bellaire, TX 77401

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$44,450.00

---

**3.68** Nonpriority creditor's name and mailing address

GG&R, Inc.

5858 Westheimer Road 500

Houston, TX 77057

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,930.00

---

**3.69** Nonpriority creditor's name and mailing address

Global Compression Partners, LLC

PO Box 12486

San Antonio, TX 78212

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00

---

**3.70** Nonpriority creditor's name and mailing address

Global HEA

14446 Smith Road

Humble, TX 77396

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$177,000.00

---

Debtor   **Compression Generation Services, LLC**                                    Case number *(if known)*        **21-30783**
        Name

---

| **Part 2:** | Additional Page |

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
| **Global Power/Utah Gas** | *Check all that apply.*
| | ☐ Contingent
| **1415 North Loop West 1250** | ☐ Unliquidated
| **Houston, TX 77008** | ☐ Disputed
| | **Basis for the claim:  Debt**
| Date or dates debt was incurred | Is the claim subject to offset?
| | ☑ No
| Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,400.00
| **Go Beyond Collection** | *Check all that apply.*
| | ☐ Contingent
| **100 Main Street East Suite 108,** | ☐ Unliquidated
| **Hamilton, Ontario, Canada L8N 3W4** | ☐ Disputed
| | **Basis for the claim:  Debt**
| | Is the claim subject to offset?
| | ☑ No
| Date or dates debt was incurred | ☐ Yes
| Last 4 digits of account number ___ ___ ___ ___ |

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,960.00
| **Graybar** | *Check all that apply.*
| | ☐ Contingent
| **12753 Collections Center Drive** | ☐ Unliquidated
| **Chicago, IL 60693** | ☐ Disputed
| | **Basis for the claim:  Debt**
| Date or dates debt was incurred | Is the claim subject to offset?
| | ☑ No
| Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $39,300.00
| **Guntner** | *Check all that apply.*
| | ☐ Contingent
| **110 West Hillcrest Boulevard 105** | ☐ Unliquidated
| **Schaumburg, IL 60195** | ☐ Disputed
| | **Basis for the claim:  Debt**
| Date or dates debt was incurred | Is the claim subject to offset?
| | ☑ No
| Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $59,925.00
| **Harris County Tax Assessor** | *Check all that apply.*
| | ☐ Contingent
| **1001 Preston** | ☐ Unliquidated
| **Houston, TX 77002** | ☐ Disputed
| | **Basis for the claim:  Debt**
| Date or dates debt was incurred | Is the claim subject to offset?
| | ☑ No
| Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes

---

Debtor      **Compression Generation Services, LLC**                                   Case number *(if known)*         **21-30783**
            Name

| **Part 2:** | Additional Page |

---

**3.76** | **Nonpriority creditor's name and mailing address**
Heritage Crystal Clean

9360 Wallisville Road 190

Baytown, TX 77523

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,870.00

---

**3.77** | **Nonpriority creditor's name and mailing address**
Hi Tork PO

1330 Shrub Oak

League City, TX 77573

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,125.00

---

**3.78** | **Nonpriority creditor's name and mailing address**
Higginbotham Insurance Agency

500 West 13th Street

Fort Worth, TX 76101

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$177,500.00

---

**3.79** | **Nonpriority creditor's name and mailing address**
Holcomb Enviormental

4311 RV Mayfield Drive

Houston, TX 77088

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,515.00

---

**3.80** | **Nonpriority creditor's name and mailing address**
Hose Solutions

7826 Fairview Road A

Houston, TX 77041

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,030.00

---

| Debtor | **Compression Generation Services, LLC** | | Case number *(if known)* | **21-30783** |
|---|---|---|---|---|
| | Name | | | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.81**

**Nonpriority creditor's name and mailing address**

Houston Inspection Services

14403 East Freeway A

Houston, TX 77015

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,550.00

---

**3.82**

**Nonpriority creditor's name and mailing address**

Houston WE

11001 Wallisville Road

Houston, TX 77013

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,580.00

---

**3.83**

**Nonpriority creditor's name and mailing address**

Humble ISD

1235 North Loop West 600

Houston, TX 77008

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$132,740.00

---

**3.84**

**Nonpriority creditor's name and mailing address**

HYTORC of Texas

12420 Texaco Road

Houston, TX 77013

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,170.00

---

**3.85**

**Nonpriority creditor's name and mailing address**

ICS-Innovative Control System

1500 Precision Drive 150

Plano, TX 75074

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,515.00

---

| Debtor | **Compression Generation Services, LLC** | Case number *(if known)* | **21-30783** |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

---

**3.86** **Nonpriority creditor's name and mailing address**

**IND Compressor Services**

**1314 West Sam Houston Parkway North**

**Houston, TX 77043**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,890.00

---

**3.87** **Nonpriority creditor's name and mailing address**

**Infratel Communications**

**PO Box 91003**

**Houston, TX 77291**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,790.00

---

**3.88** **Nonpriority creditor's name and mailing address**

**IPD**

**PO Box 3008**

**Los Angeles, CA 90030**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,000.00

---

**3.89** **Nonpriority creditor's name and mailing address**

**IPFS**

**PO Box 412086**

**Kansas City, MO 64141**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$33,450.00

---

**3.90** **Nonpriority creditor's name and mailing address**

**Jack's Grocery**

**14746 Old Humble Road**

**Humble, TX 77396**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,030.00

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Compression Generation Services, LLC** | Case number *(if known)* | **21-30783** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.91** Nonpriority creditor's name and mailing address
JD Crane
7915 Farnsoworth
Houston, TX 77022

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Debt
Is the claim subject to offset?
☑ No
☐ Yes

$2,500.00

---

**3.92** Nonpriority creditor's name and mailing address
Jeff Pena
1255 North Eddie
Odessa, TX 79763

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Debt
Is the claim subject to offset?
☑ No
☐ Yes

$5,550.00

---

**3.93** Nonpriority creditor's name and mailing address
Jetspecia
211 Market
Boerne, TX 78006

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Debt
Is the claim subject to offset?
☑ No
☐ Yes

$2,405.00

---

**3.94** Nonpriority creditor's name and mailing address
Joe Torres
PO Box 842623
Houston, TX 77084

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Debt
Is the claim subject to offset?
☑ No
☐ Yes

$10,000.00

---

**3.95** Nonpriority creditor's name and mailing address
John & Patty Pauk
15502 Stone Gables Lane
Houston, TX 77044

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Lost Wages
Is the claim subject to offset?
☑ No
☐ Yes

$493,435.00

---

| Debtor | **Compression Generation Services, LLC** | Case number *(if known)* | **21-30783** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.96** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$20,000.00** |

John Degnar

3752 Lake Street

Houston, TX 77098

**Check all that apply.**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Debt

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.97** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$20,635.00** |

Kutek Rock LLP

PO Box 300575

Omaha, NE 68103

**Check all that apply.**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Debt

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.98** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,760.00** |

LA Energy

PO Box 9897

New Iberia, LA 70562

**Check all that apply.**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Debt

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.99** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,015.00** |

Lantelligent

30 Shawnee Ridge Drive

Spring, TX 77382

**Check all that apply.**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Debt

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.100** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,800.00** |

Litt Logistics

PO Box 1106

Huffman, TX 77336

**Check all that apply.**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Debt

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims |

Debtor    **Compression Generation Services, LLC**                         Case number *(if known)*          **21-30783**
          Name

| **Part 2:** | Additional Page |
|---|---|

**3.101** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,300.00** |

Nonpriority creditor's name and mailing address
**Loaded DIC**

**PO Box 13627**

**Odessa, TX 79768**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$1,300.00

---

**3.102** Nonpriority creditor's name and mailing address
**M&J Valve**

**PO Box 3307**

**Lafayette, LA 70502**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$49,705.00

---

**3.103** Nonpriority creditor's name and mailing address
**M&P Flange**

**9426 Katy Freeway, Building 11**

**Houston, TX 77055**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$615.00

---

**3.104** Nonpriority creditor's name and mailing address
**Matt Norris**

**15715 Ladino Run Street**

**Cypress, TX 77429**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$28,170.00

---

**3.105** Nonpriority creditor's name and mailing address
**Mercer Valve Co.**

**PO Box 270970**

**Oklahoma City, OK 73137**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$870.00

| Debtor | **Compression Generation Services, LLC** | | Case number *(if known)* | **21-30783** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** Additional Page

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,450.00
---|---|---|---
 | Mike Sullivan | ☐ Contingent |
 | PO Box 4622 | ☐ Unliquidated |
 | Houston, TX 77210 | ☐ Disputed |
 | | **Basis for the claim:** Debt |
 | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
 | Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes |

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,855.00
---|---|---|---
 | Millcorp Industrial Supply | ☐ Contingent |
 | PO Box 10266 | ☐ Unliquidated |
 | Corpus Christi, TX 78409 | ☐ Disputed |
 | | **Basis for the claim:** Debt |
 | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
 | Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes |

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,090.00
---|---|---|---
 | Miller Engineers | ☐ Contingent |
 | 7705 East Highway 90 | ☐ Unliquidated |
 | Jeanerette, LA 70544 | ☐ Disputed |
 | | **Basis for the claim:** Debt |
 | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
 | Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes |

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $795.00
---|---|---|---
 | Mitrowski Welding | ☐ Contingent |
 | 1315 College Avenue | ☐ Unliquidated |
 | South Houston, TX 77587 | ☐ Disputed |
 | | **Basis for the claim:** Debt |
 | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
 | Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes |

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,780.00
---|---|---|---
 | MP Security | ☐ Contingent |
 | 1102 Houston Street | ☐ Unliquidated |
 | Conroe, TX 77301 | ☐ Disputed |
 | | **Basis for the claim:** Debt |
 | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
 | Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes |

Debtor   **Compression Generation Services, LLC**                    Case number *(if known)*        **21-30783**
     Name

| **Part 2:** | Additional Page |
| --- | --- |

---

**3.111** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$48,060.00**
| MSI Supply | *Check all that apply.* |
| | ☐ Contingent |
| 108 Hirsch Road | ☐ Unliquidated |
| Houston, TX 77020 | ☐ Disputed |
| | **Basis for the claim:**  Debt |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number  __ __ __ __ | ☐ Yes |

---

**3.112** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$53,700.00**
| Mustang CA | *Check all that apply.* |
| | ☐ Contingent |
| PO Box 1373 | ☐ Unliquidated |
| Houston, TX 77251 | ☐ Disputed |
| | **Basis for the claim:**  Debt |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number  __ __ __ __ | ☐ Yes |

---

**3.113** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$82,325.00**
| NFR Global, LLC | *Check all that apply.* |
| | ☐ Contingent |
| 8871 Ridgeline Boulevard 250 | ☐ Unliquidated |
| Littleton, CO 80129 | ☐ Disputed |
| | **Basis for the claim:**  Debt |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number  __ __ __ __ | ☐ Yes |

---

**3.114** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$50,610.00**
| North Houston Valve (Swedgelock) | *Check all that apply.* |
| | ☐ Contingent |
| 27228 East Hardy Road | ☐ Unliquidated |
| Spring, TX 77373 | ☐ Disputed |
| | **Basis for the claim:**  Debt |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number  __ __ __ __ | ☐ Yes |

---

**3.115** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,680.00**
| Northridge Court Apartment | *Check all that apply.* |
| | ☐ Contingent |
| 3417 N Midland Drive | ☐ Unliquidated |
| Midland, TX 79707 | ☐ Disputed |
| | **Basis for the claim:**  Debt |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number  __ __ __ __ | ☐ Yes |

---

Debtor    **Compression Generation Services, LLC**

Name

Case number *(if known)*    **21-30783**

---

**Part 2:** Additional Page

---

**3.116**  **Nonpriority creditor's name and mailing address**

Northside Welding

13322 Hillside Drive

Houston, TX 77030

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,295.00

---

**3.117**  **Nonpriority creditor's name and mailing address**

Ogletree & Deakins

50 International Drive

Greenville, SC 29615

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,020.00

---

**3.118**  **Nonpriority creditor's name and mailing address**

OW Excel Oilfield Equipment

13227 Chrisman Road

Houston, TX 77039

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,500.00

---

**3.119**  **Nonpriority creditor's name and mailing address**

Patterson, PC

4309 Yoakum Blvd. 2000

Houston, TX 77006

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,975.00

---

**3.120**  **Nonpriority creditor's name and mailing address**

Peerless Dynamics

1802 Cloud Croft Drive

Friendswood, TX 77546

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,600.00

---

Debtor   **Compression Generation Services, LLC**                          Case number *(if known)*        **21-30783**
Name

---

**Part 2:**   Additional Page

---

**3.121** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,300.00**
| Petronyx | *Check all that apply.* |
| | ☐ Contingent |
| 3501 North Causeway Boulevard 210 | ☐ Unliquidated |
| Metairie, LA 70002 | ☐ Disputed |
| | **Basis for the claim:** Debt |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number | ☑ No |
| | ☐ Yes |

---

**3.122** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$855.00**
| Phoenix Mechanical Integrity | *Check all that apply.* |
| | ☐ Contingent |
| PO Box 645 | ☐ Unliquidated |
| Dover, TN 37058 | ☐ Disputed |
| | **Basis for the claim:** Debt |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number | ☑ No |
| | ☐ Yes |

---

**3.123** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,050.00**
| Power Solutions | *Check all that apply.* |
| | ☐ Contingent |
| 201 Mittel Drive | ☐ Unliquidated |
| Wood Dale, IL 60191 | ☐ Disputed |
| | **Basis for the claim:** Debt |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number | ☑ No |
| | ☐ Yes |

---

**3.124** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$14,850.00**
| Powershift Generation | *Check all that apply.* |
| | ☐ Contingent |
| 35 Charlton Avenue | ☐ Unliquidated |
| Blackfalds, AB T0M 0J0, Canada | ☐ Disputed |
| | **Basis for the claim:** Debt |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred | ☑ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.125** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$20,635.00**
| Powertherm | *Check all that apply.* |
| | ☐ Contingent |
| 7420 Wright Road | ☐ Unliquidated |
| Houston, TX 77041 | ☐ Disputed |
| | **Basis for the claim:** Debt |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number | ☑ No |
| | ☐ Yes |

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Compression Generation Services, LLC** | | Case number *(if known)* | **21-30783** |
| | Name | | | |

---

**Part 2:** Additional Page

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,525.00
| Praxair | ☐ Contingent |
| 6620 Fairbanks North Houston Road | ☐ Unliquidated |
| Houston, TX 77040 | ☐ Disputed |
| | **Basis for the claim:**  Debt |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00
| Preferred Logistics | ☐ Contingent |
| 12714 Settemont Road | ☐ Unliquidated |
| Missouri City, TX 77489 | ☐ Disputed |
| | **Basis for the claim:**  Debt |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90,650.00
| Principal Life Insurance Co | ☐ Contingent |
| PO Box 10372 | ☐ Unliquidated |
| Des Moines, IA 50306 | ☐ Disputed |
| | **Basis for the claim:**  Debt |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,115.00
| Puffer Sweiven | ☐ Contingent |
| PO Box 301124 | ☐ Unliquidated |
| Dallas, TX 75303 | ☐ Disputed |
| | **Basis for the claim:**  Debt |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00
| Pyron Expr | ☐ Contingent |
| 2712 Roger Avenue | ☐ Unliquidated |
| Odessa, TX 79762 | ☐ Disputed |
| | **Basis for the claim:**  Debt |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

---

Debtor   **Compression Generation Services, LLC**          Case number *(if known)*          21-30783
         Name

| **Part 2:** | Additional Page |

---

**3.131**  Nonpriority creditor's name and mailing address

Quest - Tec

13960 South Wayside Drive

Houston, TX 77048

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,295.00

---

**3.132**  Nonpriority creditor's name and mailing address

R&R Gas & Equipment

2402 Broad Street

Houston, TX 77087

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,800.00

---

**3.133**  Nonpriority creditor's name and mailing address

Ready Fresh

PO Box 5171

Westborough, MA 01581

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$950.00

---

**3.134**  Nonpriority creditor's name and mailing address

RED-D-ARC Welding

1817 Federal Road

Houston, TX 77015

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,770.00

---

**3.135**  Nonpriority creditor's name and mailing address

Republic Services

8220 W Highway 80

Midland, TX 79706

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$390.00

---

Debtor  **Compression Generation Services, LLC**                                    Case number *(if known)*    **21-30783**
Name

---

**Part 2:**  Additional Page

---

**3.136**  Nonpriority creditor's name and mailing address
Richard Brown

1911Mossback Circle

Fresno, TX 77545

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$6,225.00

---

**3.137**  Nonpriority creditor's name and mailing address
Robert Majano

21910 Octavia Way

Houston, TX 77073

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$20,810.00

---

**3.138**  Nonpriority creditor's name and mailing address
ROC - Houston

1200 Binz 101

Houston, TX 77004

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$2,745.00

---

**3.139**  Nonpriority creditor's name and mailing address
Rogers Equipment Sales

690 Sawmill Road

Durango, CO 81301

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$1,125.00

---

**3.140**  Nonpriority creditor's name and mailing address
Rouge Waste Recovery & Enviormental

PO Box 258

Conroe, TX 77305

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$850.00

---

Debtor    __Compression Generation Services, LLC__                          Case number *(if known)*    __21-30783__
      Name

**Part 2:**  Additional Page

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $112,150.00 |
|---|---|---|---|

**3.141**
Nonpriority creditor's name and mailing address
RSD Supply

13225 FM 529 N

Houston, TX 77041

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$112,150.00

---

**3.142**
Nonpriority creditor's name and mailing address
S I Energy

666 Goddard Ave NE
Calgary, AB T2K 5X3, Canada

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$15,050.00

---

**3.143**
Nonpriority creditor's name and mailing address
Santini Ex

PO Box 15275

Houston, TX 77220

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$2,280.00

---

**3.144**
Nonpriority creditor's name and mailing address
SCE

PO Box 600

Rosemead, CA 91771

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$160.00

---

**3.145**
Nonpriority creditor's name and mailing address
Select Environmental

PO Box 732711

Dallas, TX 75373

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$5,850.00

Debtor   **Compression Generation Services, LLC**                                  Case number *(if known)*   **21-30783**
Name

---

**Part 2:**  Additional Page

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,010.00 |
|---|---|---|---|

**3.146**

Nonpriority creditor's name and mailing address
**Service Steel**

**PO Box 9607**

**Houston, TX 77213**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$2,010.00

---

**3.147**

Nonpriority creditor's name and mailing address
**Sherwin Williams**

**303 A FM 1960 West**

**Humble, TX 77338**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$7,020.00

---

**3.148**

Nonpriority creditor's name and mailing address
**Sheryl Burford**

**11714 Idlebrook Drive**

**Houston, TX 77070**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$36,705.00

---

**3.149**

Nonpriority creditor's name and mailing address
**Smith Road Lot 6, LP**

**7720 Westview Drive**

**Houston, TX 77055**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$125,250.00

---

**3.150**

Nonpriority creditor's name and mailing address
**SoCalGas**

**PO Box C**

**Monterey Park, CA 91756**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$175.00

---

| Debtor | **Compression Generation Services, LLC** | Case number *(if known)* | **21-30783** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $128,500.00 |
|---|---|---|---|

**3.151**

Nonpriority creditor's name and mailing address

**Southern Transport**

**PO Box 1550**

**Kilgore, TX 75663**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$128,500.00

---

**3.152**

Nonpriority creditor's name and mailing address

**Spring Gas Compression**

**9337 Spring Cypress Road A**

**Spring, TX 77379**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$37,160.00

---

**3.153**

Nonpriority creditor's name and mailing address

**SST Security Transport**

**14601 South Memorial Drive**

**Bixby, OK 74008**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$145,500.00

---

**3.154**

Nonpriority creditor's name and mailing address

**ST South T**

**PO Box 7616**

**Victoria, TX 77903**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,625.00

---

**3.155**

Nonpriority creditor's name and mailing address

**Steel Supply**

**10600 Telephone Road**

**Houston, TX 77075**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$30,275.00

Debtor   **Compression Generation Services, LLC**                              Case number *(if known)*      **21-30783**
Name

---

| Part 2: | Additional Page |
|---|---|

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 |
| Stone Trucking | *Check all that apply.* |
| | ☐ Contingent |
| PO Box 700 | ☐ Unliquidated |
| Kiefer, OK 74041 | ☐ Disputed |
| | **Basis for the claim:  Debt** |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes |

**3.157** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,950.00 |
| Stuart Hos | *Check all that apply.* |
| | ☐ Contingent |
| 4851 Homestead Road | ☐ Unliquidated |
| Houston, TX 77028 | ☐ Disputed |
| | **Basis for the claim:  Debt** |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes |

**3.158** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,405.00 |
| Sunbelt Rental | *Check all that apply.* |
| | ☐ Contingent |
| PO Box 409211 | ☐ Unliquidated |
| Atlanta, GA 30384 | ☐ Disputed |
| | **Basis for the claim:  Debt** |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes |

**3.159** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,020.00 |
| Sundance F | *Check all that apply.* |
| | ☐ Contingent |
| PO Box 2495 | ☐ Unliquidated |
| Spring, TX 77383 | ☐ Disputed |
| | **Basis for the claim:  Debt** |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes |

**3.160** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 |
| TB Woods | *Check all that apply.* |
| | ☐ Contingent |
| 440 North Fifth Avenue | ☐ Unliquidated |
| Chambersburg, PA 17201 | ☐ Disputed |
| | **Basis for the claim:  Debt** |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes |

---

| Debtor | **Compression Generation Services, LLC** | Case number *(if known)* | **21-30783** |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

---

**3.161**   Nonpriority creditor's name and mailing address
**TCA Capital**

**777 Third Avenue 17A**

**New York, NY 10017**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000,000.00

---

**3.162**   Nonpriority creditor's name and mailing address
**Texas Commission On Environmental Quality**

**900 Airon Parkway 104**

**San Antonio, TX 78216**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$215.00

---

**3.163**   Nonpriority creditor's name and mailing address
**Texas Comptroller**

**PO Box 149359**

**Austin, TX 78714**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,440.00

---

**3.164**   Nonpriority creditor's name and mailing address
**Texas Mutual Insurance Co**

**PO Box 841843**

**Dallas, TX 75284**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,975.00

---

**3.165**   Nonpriority creditor's name and mailing address
**Texas Steam Equipment Co. Inc.**

**PO Box 30129**

**New Orleans, LA 70190**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,400.00

---

| Debtor | **Compression Generation Services, LLC** | Case number *(if known)* | **21-30783** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.166** | Nonpriority creditor's name and mailing address

**Texas Workforce**

**101 East 15th Street**

**Austin, TX 78701**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$176,350.00

---

**3.167** | Nonpriority creditor's name and mailing address

**The Eads**

**13843 Promenade Boulevard 100**

**Stafford, TX 77477**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$12,685.00

---

**3.168** | Nonpriority creditor's name and mailing address

**The Savino Group**

**1810 West 25th Street**

**Houston, TX 77008**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$19,900.00

---

**3.169** | Nonpriority creditor's name and mailing address

**Titan Transportation**

**11603 Spring Cypress Road B**

**Tomball, TX 77377**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$700.00

---

**3.170** | Nonpriority creditor's name and mailing address

**Torc Engineering**

**3931 North Gamer Lake Road**

**Gillette, WY 82716**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt

Is the claim subject to offset?
☑ No
☐ Yes

$21,755.00

---

Debtor  **Compression Generation Services, LLC**
Name

Case number *(if known)*  **21-30783**

---

**Part 2:** Additional Page

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,530.00 |
|---|---|---|---|

**Travelers Insurance**

**PO Box 660317**

**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:  Debt**

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130,000.00 |
|---|---|---|---|

**TRF Energy**

**21315 West Hardy**

**Houston, TX 77073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:  Debt**

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,475.00 |
|---|---|---|---|

**Trio Fab In**

**6515 Carson Road**

**Houston, TX 77048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:  Debt**

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,450.00 |
|---|---|---|---|

**Truespec**

**14107 Interview Drive West**

**Houston, TX 77032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:  Debt**

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,500.00 |
|---|---|---|---|

**TSC Logist**

**111 Founders Drive 300**

**Baton Rouge, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:  Debt**

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Compression Generation Services, LLC** | | Case number *(if known)* | **21-30783** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** Additional Page

---

**3.176** | Nonpriority creditor's name and mailing address
Turbo Power Systems Inc.

1860 Interstate 10 South

Beaumont, TX 77707

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,000.00

---

**3.177** | Nonpriority creditor's name and mailing address
United Vis

PO Box 975357

Dallas, TX 75397

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,180.00

---

**3.178** | Nonpriority creditor's name and mailing address
UPS Shipping

55 Glenlake Parkway NorthEast

Atlanta, GA 30328

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$80.00

---

**3.179** | Nonpriority creditor's name and mailing address
UR-United

PO Box 840514

Dallas, TX 75284

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,080.00

---

**3.180** | Nonpriority creditor's name and mailing address
USA Industrial

302 State Street

South Houston, TX 77587

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$150.00

---

| Debtor | **Compression Generation Services, LLC** | Case number *(if known)* | **21-30783** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   Additional Page

---

**3.181**

**Nonpriority creditor's name and mailing address**
Verizon

26000 Cannon Road

Bedford, OH 44146

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,705.00

---

**3.182**

**Nonpriority creditor's name and mailing address**
Vonage

PO Box 392415

Alum Bank, PA 15521

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$625.00

---

**3.183**

**Nonpriority creditor's name and mailing address**
Waste Management

26000 Cannon Road

Bedford, OH 44146

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,755.00

---

**3.184**

**Nonpriority creditor's name and mailing address**
WEG Electric

6655 Sugarloaf Parkway

Duluth, GA 30097

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,200.00

---

**3.185**

**Nonpriority creditor's name and mailing address**
Westair Praxair Distributions, Inc.

PO Box 120889

Dallas, TX 75312

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,525.00

---

Debtor    __Compression Generation Services, LLC_____    Case number *(if known)*    __21-30783__
                    Name

---

**Part 2:**   Additional Page

| 3.186 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21,940.00 |
| | WF Steel | *Check all that apply.* | |

**3.186**

**Nonpriority creditor's name and mailing address**
WF Steel

PO Box 670563

White Oak, TX 75693

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$21,940.00

---

**3.187**

**Nonpriority creditor's name and mailing address**
White Oak Radiator

PO Box 606

White Oak, TX 75693

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,660.00

---

**3.188**

**Nonpriority creditor's name and mailing address**
Who The Geeks Call, LLC

PO Box 80933

Midland, TX 79708

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,045.00

Debtor   **Compression Generation Services, LLC**                                    Case number *(if known)*          **21-30783**
　　　　　Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $18,900.00 |
| 5b. | **Total claims from Part 2** | 5b. + | $5,086,645.00 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $5,105,545.00 |

Fill in this information to identify the case:

Debtor name: Compression Generation Services, LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): 21-30783          Chapter __7__

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Shop<br>Contract to be REJECTED | Smith Road Lot 6, LP<br>7720 Westview Drive<br>Houston, TX 77055 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Shop in Midland, TX<br>Contract to be REJECTED | BC Operating, Inc.<br>PO Box 50820<br>Midland, TX 79710 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Apt. in Midland, TX<br>Contract to be REJECTED | Northridge Court Association, LP<br>3414 North Midland Drive<br>Midland, TX 79707 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Box Container Rental<br>Contract to be REJECTED | Boxx Modul<br>3475 High River Road<br>Fort Worth, TX 76155 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Assets<br>Contract to be REJECTED | Farnam Street Financial<br>240 Pondview Plaza<br>5850 Opus Parkway<br>Hopkins, MN 55343 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name _____ Compression Generation Services, LLC _____

United States Bankruptcy Court for the:
_____ Southern District of Texas _____

Case number (if known): _____ 21-30783 _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                         12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.***Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  Pauk, John | 15502 Stone Gables Lane<br>Street<br><br>Houston, TX 77044<br>City          State      ZIP Code | Ally Financial | ☑ D<br>☐ E/F<br>☐ G |
| | | Farnam Street Financial | ☑ D<br>☐ E/F<br>☐ G |
| | | Internal Revenue Service | ☑ D<br>☐ E/F<br>☐ G |
| 2.2  _____ | _____<br>Street<br><br>_____<br>City          State      ZIP Code | | |
| 2.3  _____ | _____<br>Street<br><br>_____<br>City          State      ZIP Code | | |
| 2.4  _____ | _____<br>Street<br><br>_____<br>City          State      ZIP Code | | |

Debtor    Compression Generation Services, LLC         Case number *(if known)*    21-30783
      Name

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.5 | Street | | |
| | City     State    ZIP Code | | |
| 2.6 | Street | | |
| | City     State    ZIP Code | | |

Fill in this information to identify the case:

Debtor name             Compression Generation Services, LLC

United States Bankruptcy Court for the:

            Southern District of Texas

Case number (if known):     21-30783     Chapter    7

☐ Check if this is an amended filing

## Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

      Copy line 88 from *Schedule A/B*........................................................................................................

               $0.00

   1b. **Total personal property:**

      Copy line 91A from *Schedule A/B*...................................................................................................

               $32,640,415.00

   1c. **Total of all property:**

      Copy line 92 from *Schedule A/B*.....................................................................................................

               $32,640,415.00

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

               $20,752,030.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................

               $18,900.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

        **+**        $5,086,645.00

4. **Total liabilities**........................................................................................................................................

    Lines 2 + 3a + 3b

               $25,857,575.00

**Fill in this information to identify the case:**

Debtor name _____ Compression Generation Services, LLC _____

United States Bankruptcy Court for the:

_____ Southern District of Texas _____

Case number (if known): _____ 21-30783 _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2021 to Filing date<br>MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $0.00 |
| **For prior year:** From 01/01/2020 to 12/31/2020<br>MM/DD/YYYY   MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $0.00 |
| **For the year before that:** From 01/01/2019 to 12/31/2019<br>MM/DD/YYYY   MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $7,770,151.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2021 to Filing date<br>MM/DD/YYYY | | |
| **For prior year:** From 01/01/2020 to 12/31/2020<br>MM/DD/YYYY   MM/DD/YYYY | | |
| **For the year before that:** From 01/01/2019 to 12/31/2019<br>MM/DD/YYYY   MM/DD/YYYY | | |

| Debtor | Compression Generation Services, LLC | Case number *(if known)* | 21-30783 |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:**</div> List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____<br>Creditor's name<br><br>Street<br><br>_____<br>City            State    ZIP Code | _____ | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____<br>Creditor's name<br><br>Street<br><br>_____<br>City            State    ZIP Code | _____ | _____ | _____ |
| Relationship to debtor<br>_____ | _____ | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. Ally Financial<br>Creditor's name<br>PO Box 9001948<br>Street<br><br>Louisville, KY 40290<br>City            State    ZIP Code | 2015 Chevrolet Silverado | 12/2020 | $20,625.00 |

Debtor    Compression Generation Services, LLC                                    Case number *(if known)*    21-30783
               Name

| 5.2. | Ally Financial | 2015 Chevrolet Silverado | 10/2020 | $38,375.00 |
|---|---|---|---|---|
| | Creditor's name | | | |
| | PO Box 9001948 | | | |
| | Street | | | |
| | Louisville, KY 40290 | | | |
| | City          State     ZIP Code | | | |
| 5.3. | Ally Financial | 2015 Chevrolet Silverado | 10/2020 | $20,050.00 |
| | Creditor's name | | | |
| | PO Box 9001948 | | | |
| | Street | | | |
| | Louisville, KY 40290 | | | |
| | City          State     ZIP Code | | | |
| 5.4. | Ally Financial | 2016 Chevrolet Silverado | 10/2020 | $49,775.00 |
| | Creditor's name | | | |
| | PO Box 9001948 | | | |
| | Street | | | |
| | Louisville, KY 40290 | | | |
| | City          State     ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | XXXX– ___ ___ ___ ___ | | |
| Street | | | |
| City          State     ZIP Code | | | |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity —within 1 year before filing this case.

☑ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | | | Name | ☐ Pending |
| | | | | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City          State     ZIP Code | |

| Debtor | Compression Generation Services, LLC | Case number *(if known)* | 21-30783 |
|---|---|---|---|
| | Name | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | |
| | Street | Case title | Court name and address |
| | | | Name |
| | City            State     ZIP Code | Case number | Street |
| | | Date of order or assignment | City            State     ZIP Code |

### Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name | | | |
| | Street | | | |
| | City            State     ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

### Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| 10.1. | | | |

### Part 6:   Certain Payments or Transfers

Debtor    Compression Generation Services, LLC_____    Case number *(if known)*_____21-30783_____
          Name

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Tran Singh LLP | Retainer | 12/2020 | $5,000.00 |
| | | Due diligence report | 12/2020 | $15.00 |
| | **Address** | | | |
| | 1010 Lamar Street Suite 1160 Ste 1160 | | | |
| | Street | | | |
| | Houston, TX 77002 | | | |
| | City                              State      ZIP Code | | | |
| | **Email or website address** | | | |
| | stran@ts-llp.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | John Peter Pauk | | | |

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Tran Singh LLP | retainer for due diligence for bankruptcy filing | 09/07/2020 | $14,178.00 |
| | **Address** | | | |
| | 1010 Lamar Street Suite 1160 | | | |
| | Street | | | |
| | Houston, TX 77002 | | | |
| | City                              State      ZIP Code | | | |
| | **Email or website address** | | | |
| | stran@ts-llp.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | John Peter Pauk | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

Debtor      Compression Generation Services, LLC                                          Case number (if known)              21-30783
               Name

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | Gulf and Western Industries, LLC | Equipment and inventory contained in Exhibit A - Debtor's principal entered into fraudulent security agreement with Transferee pledging his interest in the Debtor as collateral, however, no consideration was received by the principal. Transferee took possession of the Debtor's equipment and assets roughly October 13, 2019. | 10/2019 | $5,464,440.00 |
| | **Address** | | | |
| | 14440 Smith Rd | | | |
| | Street | | | |
| | Humble, TX 77396 | | | |
| | City                    State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |

---

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. | From _____  To _____ |
| Street | |
| | |
| City                    State      ZIP Code | |

---

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Debtor  Compression Generation Services, LLC _____  Case number *(if known)*  21-30783
          Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.

Facility name _____

Street _____ | **Location where patient records are maintained***(if different from facility address). If electronic, identify any service provider.* | **How are records kept?** |

City _____ State ____ ZIP Code ____ | | *Check all that apply:*
☐ Electronically
☐ Paper

## Part 9:  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

  Does the debtor have a privacy policy about that information?
  ☐ No
  ☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

  ☐ No. Go to Part 10.
  ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ __ – __ __ __ __ __ __ __ |

  Has the plan been terminated?
  ☐ No
  ☐ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor _____Compression Generation Services, LLC_____     Case number *(if known)* _____21-30783_____
                 Name

18.1  _____   XXXX–___ ___ ___ ___   ☐ Checking          _____   _____
      Name                                                         ☐ Savings
      _____                           ☐ Money market
      Street                                                       ☐ Brokerage
      _____                           ☐ Other
                                                                   _____
      _____
      City              State   ZIP Code

## 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name | | | ☐ Yes |
| Street | | | |
| | **Address** | | |
| City          State   ZIP Code | | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name | | | ☐ Yes |
| Street | | | |
| | **Address** | | |
| City          State   ZIP Code | | | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Debtor | Compression Generation Services, LLC | Case number *(if known)* | 21-30783 |
| --- | --- | --- | --- |
| | Name | | |

| Owner's name and address | Location of the property | Description of the property | Value |
| --- | --- | --- | --- |
| React Power Solutions, LLC<br>Name | 14440 Smith Road | 3616 Cat Engine | $215,000.00 |
| 14440 Smith Road<br>Street | Humble, TX 77396 | | |
| Humble          TX     77396<br>City          State   ZIP Code | | | |

| Owner's name and address | Location of the property | Description of the property | Value |
| --- | --- | --- | --- |
| Process Point Energy Services, LLC<br>Name | 14440 Smith Road | Generators, compressors, engines, | $4,500,000.00 |
| 21 Waterway 300<br>Street | Humble, TX 77396 | tanks, & other | |
| | | equipment/accessories | |
| The Woodlands     TX     77380<br>City          State   ZIP Code | | | |

<h2 style="background:black;color:white;display:inline">Part 12:</h2> Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.
☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |
| _____ | Name<br>_____ | _____ | ☐ Pending |
| **Case number** | _____ | _____ | ☐ On appeal |
| _____ | Street<br>_____ | _____ | ☐ Concluded |
| | City          State     ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**
☑ No
☐ Yes. Provide details below.

Debtor     Compression Generation Services, LLC                                          Case number *(if known)*              21-30783
        Name

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.  CGSH Compression Generation<br>Name<br><br>14440 Smith Road<br>Street<br><br>Humble, TX 77396<br>City          State    ZIP Code | | EIN:  8  3  –  1  6  5  6  9  5  0<br><br>**Dates business existed**<br><br>From ————————  To ———————— |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

Debtor   Compression Generation Services, LLC _____   Case number *(if known)* _____ 21-30783
　　　　　Name

| Name and address | | Dates of service |
|---|---|---|
| 26a.1. | John Pauk<br>Name | From 08/2011   To present |
| | 15502 Stone Gables Lane<br>Street | |
| | | |
| | Houston, TX 77044<br>City　　　　State　　　ZIP Code | |

| Name and address | | Dates of service |
|---|---|---|
| 26a.2. | Patty Pauk<br>Name | From 08/2011   To present |
| | 15502 Stone Gables Lane<br>Street | |
| | | |
| | Houston, TX 77044<br>City　　　　State　　　ZIP Code | |

| Name and address | | Dates of service |
|---|---|---|
| 26a.3. | Steven Hackbath<br>Name | From 04/2018   To present |
| | 18302 Green Peak Lane<br>Street | |
| | | |
| | San Felipe, TX 77473<br>City　　　　State　　　ZIP Code | |

| Name and address | | Dates of service |
|---|---|---|
| 26a.4. | Edgar Falcon<br>Name | From 02/2015   To present |
| | 879 Beltrina Court 669<br>Street | |
| | | |
| | Houston, TX 77024<br>City　　　　State　　　ZIP Code | |

| Name and address | | Dates of service |
|---|---|---|
| 26a.5. | Rosa Miller<br>Name | From 01/2015   To 06/2019 |
| | 38 Oak Leaf Drive<br>Street | |
| | | |
| | Huffman, TX 77336<br>City　　　　State　　　ZIP Code | |

26b.　List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

Debtor ___Compression Generation Services, LLC_____    Case number *(if known)* _____21-30783_____
    Name

| Name and address | Dates of service |
|---|---|
| 26b.1. _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City     State     ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. <br> _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City     State     ZIP Code | _____ <br><br> _____ <br><br> _____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. <br> _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City     State     ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

Debtor _____Compression Generation Services, LLC_____   Case number *(if known)*_____21-30783_____
        Name

| Name and address of the person who has possession of inventory records |

27.1.

_____
Name

_____
Street

_____
City                              State            ZIP Code

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| _____ | _____ | ,_____ | 0.00% |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| _____ | _____ | ,_____ | From _____ |
| | | | To _____ |

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

30.1.  _____   _____   _____   _____
        Name

_____
Street

_____
City                              State            ZIP Code

| Relationship to debtor |

_____

| Debtor | Compression Generation Services, LLC | Case number *(if known)* | 21-30783 |
| | Name | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____03/05/2021_____
MM/ DD/ YYYY

**X** /s/ John Peter Pauk
Signature of individual signing on behalf of the debtor

Position or relationship to debtor
President

Printed name _____John Peter Pauk_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

B2030 (Form 2030)(12/15)

# United States Bankruptcy Court
## Southern District of Texas

**In re**

Compression Generation Services, LLC

Case No. 21-30783

**Debtor(s)**

Chapter 7

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . | $0.00 |
   | Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . | $5,000.00 |
   | Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ($5,000.00) |

2. The source of the compensation to be paid to me was:

   ☑ Debtor                    ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor                    ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s) the above-disclosed fee does not include the following services:

A. Representation of the Debtor in any state law matter

B. Representation in any adversary hearing or response filed hereto, including but not limited to, motion to lift the automatic stay, motions to dismiss the bankruptcy, motions to modify, motions to convert the bankruptcy from one chapter to another (except those items specifically listed in Section A titled "Services to be Provided."

C. Representation in any contested matter, the subject of which is extraordinary in the context of chapter 7 cases in the United States Bankruptcy Court for the Southern District of Texas

D. Representation in any matter in which the Court orders fee shifting pursuant to which fees are to be paid by a person other than the Debtor

E. Except as specifically delineated in Section A titled "Services to be Provided," representation on matters for which the first hearing is set more than 120 days following confirmation

F. Post-petition complaints or hearing of any adversarial nature

G. Any phone calls, letters, legal research, work correspondence, or any other legal services required to amend or revise the bankruptcy petition or schedules (except those services listed under a fixed fee agreement)

H. All hearings, depositions, or creditors' meetings (other than the first creditor's meeting and those items included in the fixed fee arrangement)

I. Removal of liens. Liens may remain after discharge to both personal and real property. A court filing, motion and hearing may be required in both bankruptcy court and state court. Client is hereby advised that the fixed fee arrangement does not cover the cost of removing any personal or real property liens which are not automatically removed by the discharge. Liens attach to both personal and real property and a bankruptcy filing does not automatically remove liens. Liens generally remain on the property even though a bankruptcy has been filed. A separate action and filing is generally required to remove any personal or real property liens that may exist and must be filed with the bankruptcy court and done prior to a discharge; there will be a separate charge and cost if client desires this work. Client is advised that a separate application and procedure and hearing may be required to remove any abstract of judgment liens which may be filed against the client notwithstanding the bankruptcy court discharge order that the client may receive. The client may need to retain this attorney or another attorney after the bankruptcy is completed in order to remove abstract of judgment liens.

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

03/05/2021 _____     /s/ Susan Tran Adams _____

*Date*                                 *Signature of Attorney*

Susan Tran Adams
Bar Number: 24075648
TRAN SINGH, LLP
1010 Lamar Street Ste 1160
Houston, TX 77002
Phone: (832) 975-7300

TRAN SINGH, LLP _____

*Name of law firm*

3D Network Solutions
PO Box 821113
Humble, TX 77396


AC ARS Oper
PO Box 2634
Cypress, TX 77410


Accutrol Exterminating
11842 Plum Meadow Lane
Houston, TX 77039


ACI Services
125 Steubenville Avenue
Cambridge, OH 43725


Action Supply
5513 Noments
Houston, TX 77039


AirGen
360 Kermit Highway
Odessa, TX 79764


Alfa Laval
5400 International Trade Drive
Henrico, VA 23231


Alliance Source Testing
255 Grant Street 600
36501

AllTran Financial, LLP
PO Box 722929
Houston, TX 77272

Ally Financial
PO Box 9001948
Louisville, KY 40290

American Express Gold
PO Box 409050
Fort Lauderdale, FL 33340

American Express Green
PO Box 650448
Dallas, TX 75265

American Wielding & Gas Inc.
4900 Falls of Neuse Road 150
Raleigh, NC 27609

Amerigas
PO Box 660288
Dallas, TX 75266

AMMR S-Advance Machine
1441 Luthe Road 106
Houston, TX 77039

Ample Comp
1929 65 Street Northwest
Houston, TX 77011

Apache Oil
PO Box 177
Pasadena, TX 77501


Applied I n
10633 W. Little York 250
Houston, TX 77041


Archrock Services
9807 Katy Freeway 100
Houston, TX 77024


ASC Air Street
PO Box 986
Stafford, TX 77497


Atmos Energy
2301 TX-40 Loop
Midland, TX 79706


Aubaine Supply
PO Box 727
Giddings, TX 78942


Axe Lawn Service
PO Box 3363
Humble, TX 77347


Banner Life I nsurance
Company
3275 Bennet Creek Avenue
Frederick, MD 21704

Bayou City
PO Box 330264
Houston, TX 77021

BC Operating, Inc.
PO Box 50820
Midland, TX 79710

Best Line
2582 Gateway Drive
State College, PA 16801

Bill Spitz
11530 Brittmore Park Drive
Houston, TX 77041

BK Power S
6812 Bourgeios Boulevard
Houston, TX 77011

Black Diamond Group
3840 Packard Road 130
Ann Arbor, MI 48108

Blackhawk Crane & Rig
PO Box 662
Gillette, WY 82717

Blue Cross Blue Shield of
Texas
14800 Frye Road 2nd Floor
Fort Worth, TX 76155

Blueline Rental
PO Box 840062
Dallas, TX 75284

Bosworth Investment Group
PO Box 52154
Midland, TX 79710

Boxx Modul
3475 High River Road
Fort Worth, TX 76155

Briggs & Veselka
9 Greenway Plaza 1700
Houston, TX 77046

Cam Process Tech
11757 Katy Freeway 1120
Houston, TX 77079

Cannonball Trucking
PO Box 262523
Houston, TX 77207

Capacity Funding, LLC
7 Renaissance Square 5th Floor
White Plains, NY 10601

Capital Growth Management
8550 Easton Commons Drive
Houston, TX 77095

CDR Strainers & Filters
279 Oil Field Road
Bellville, TX 77418


Central Power Systems
9200 Liberty Drive
Liberty, MO 64068


Champion Fasteners &
Industrial
10624 Tower Oaks Boulevard
Houston, TX 77070


Cintas
PO Box 650838
Dallas, TX 75265


City of Houston
PO Box 1560
Houston, TX 77251


Comcast
PO Box 37601
Philadelphia, PA 19101


Compass Compression
16135 Preston Road 304
Dallas, TX 75248


Comptroller of Public
Accounts
PO Box 149354
Austin, TX 78714

Conroe Welding
415 South Frazier
Conroe, TX 77301

Cool Cow
28439 Champions Ridge
Magnolia, TX 77354

CPI Intern
4323 Green Briar Drive
Stafford, TX 77477

Crane Masters Inc.
PO Box 1147
Houston, TX 77093

Crane Rental Division
5902 Allison Road
Houston, TX 77048

Cuates
817 Columbus Road
Sealy, TX 77474

Cyclone Bolt & Gasket
5246 North Sam Houston Parkway East
Houston, TX 77032

De Lage Landen
PO Box 41602
Philadelphia, PA 19101

Disa
10900 Corporate Centre Drive 250
Houston, TX 77041

DX Electric
PO Box 140005
Broken Arrow, OK 74014

Elliott Electric
1550 Wilson Road
Humble, TX 77338

Energy Rentals
4300 Rice Drier Road
Pearland, TX 77581

Engie Resources
PO Box 9001025
Louisville, KY 40290

Enginuitey
PO Box 420
Livingston, TX 77351

Entrust
PO Box 731396
Dallas, TX 75373

Ernie English
8710 Wyndham Village Drive
Houston, TX 77040

ERS Rental
4318 Bluebonnet Drive
Houston, TX 77053

Exterran
PO Box 201160
Dallas, TX 75320

Farnam Street Financial
240 Pondview Plaza
5850 Opus Parkway
Hopkins, MN 55343

FCX Performance
2006 Commonwealth Street
Houston, TX 77006

FlowCapital/Grenville
1 Adelaide Street East, #3002
Toronto, Ontario, Canada ON M5C 2V9

Frontier Communications
PO Box 120630
Newport News, VA 23612

FW Gartner
25 Southbelt Industrial Drive
Houston, TX 77047

FW Murphy/Econtrols
4646 South Harvard Avenue
Tulsa, OK 74135

G&A Fabr
6200 East Highway 80
Midland, TX 79706


Geophysical Technology Inc.
800 Mulberry Lane
Bellaire, TX 77401


GG&R, Inc.
5858 Westheimer Road 500
Houston, TX 77057


Global Compression Partners,
LLC
PO Box 12486
San Antonio, TX 78212


Global HEA
14446 Smith Road
Humble, TX 77396


Global Power/Utah Gas
1415 North Loop West 1250
Houston, TX 77008


Go Beyond Collection
100 Main Street East Suite 108,
Hamilton, Ontario, Canada L8N 3W4


Graybar
12753 Collections Center Drive
Chicago, IL 60693

Guntner
110 West Hillcrest Boulevard 105
Schaumburg, IL 60195


Harris County
Ann Harris Bennett
Po Box 3547
Houston, TX 77253-3547


Harris County Tax Assessor
1001 Preston
Houston, TX 77002


Heritage Crystal Clean
9360 Wallisville Road 190
Baytown, TX 77523


Hi Tork PO
1330 Shrub Oak
League City, TX 77573


Higginbotham Insurance Agency
500 West 13th Street
Fort Worth, TX 76101


Holcomb Enviormental
4311 RV Mayfield Drive
Houston, TX 77088


Hose Solutions
7826 Fairview Road A
Houston, TX 77041

Houston Inspection Services
14403 East Freeway A
Houston, TX 77015


Houston WE
11001 Wallisville Road
Houston, TX 77013


Humble ISD
1235 North Loop West 600
Houston, TX 77008


Humble ISD
PO Box 4020
Houston, TX 77210


HYTORC of Texas
12420 Texaco Road
Houston, TX 77013


IAH/AIM Corporate
27523 Morton Road
Katy, TX 77493


ICS-Innovative Control
System
1500 Precision Drive 150
Plano, TX 75074


IND Compressor Services
1314 West Sam Houston Parkway North
Houston, TX 77043

Industrial
Supply/Dissolvalloy
21750 East Martin Drive
Porter, TX 77365

Infratel Communications
PO Box 91003
Houston, TX 77291

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

IPD
PO Box 3008
Los Angeles, CA 90030

IPFS
PO Box 412086
Kansas City, MO 64141

Jack's Grocery
14746 Old Humble Road
Humble, TX 77396

JD Crane
7915 Farnsoworth
Houston, TX 77022

Jeff Pena
1255 North Eddie
Odessa, TX 79763

Jetspecia
211 Market
Boerne, TX 78006


Joe Torres
PO Box 842623
Houston, TX 77084


John & Patty Pauk
15502 Stone Gables Lane
Houston, TX 77044


John Degnar
3752 Lake Street
Houston, TX 77098


Kabbage
PO Box 77081
Atlanta, GA 30357


King Hardy
90 Wilson Road
Humble, TX 77338


Kutek Rock LLP
PO Box 300575
Omaha, NE 68103


LA Energy
PO Box 9897
New Iberia, LA 70562

Lantelligent
30 Shawnee Ridge Drive
Spring, TX 77382


Litt Logistics
PO Box 1106
Huffman, TX 77336


Loaded DIC
PO Box 13627
Odessa, TX 79768


M&J Valve
PO Box 3307
Lafayette, LA 70502


M&P Flange
9426 Katy Freeway, Building 11
Houston, TX 77055


Matt Norris
15715 Ladino Run Street
Cypress, TX 77429


Mercer Valve Co.
PO Box 270970
Oklahoma City, OK 73137


Midland CAD
PO Box 1269
Round Rock, TX 78680

Midland County
c/o PBFC&M, LLP
1235 N Loop W 600
Houston, TX 77008


Mike Sullivan
PO Box 4622
Houston, TX 77210


Millcorp Industrial Supply
PO Box 10266
Corpus Christi, TX 78409


Miller Engineers
7705 East Highway 90
Jeanerette, LA 70544


Mitrowski Welding
1315 College Avenue
South Houston, TX 77587


MP Security
1102 Houston Street
Conroe, TX 77301


MSI Supply
108 Hirsch Road
Houston, TX 77020


Mustang CA
PO Box 1373
Houston, TX 77251

NFR Global, LLC
8871 Ridgeline Boulevard 250
Littleton, CO 80129

North Houston Valve
(Swedgelock)
27228 East Hardy Road
Spring, TX 77373

Northridge Court Apartment
3417 N Midland Drive
Midland, TX 79707

Northridge Court Association,
LP
3414 North Midland Drive
Midland, TX 79707

Northside Welding
13322 Hillside Drive
Houston, TX 77030

Ogletree & Deakins
50 International Drive
Greenville, SC 29615

OW Excel Oilfield Equipment
13227 Chrisman Road
Houston, TX 77039

Patterson, PC
4309 Yoakum Blvd. 2000
Houston, TX 77006

John Pauk
15502 Stone Gables Lane
Houston, TX 77044


Peerless Dynamics
1802 Cloud Croft Drive
Friendswood, TX 77546


Petronyx
3501 North Causeway Boulevard 210
Metairie, LA 70002


Phoenix Mechanical Integrity
PO Box 645
Dover, TN 37058


Power Solutions
201 Mittel Drive
Wood Dale, IL 60191


Powershift Generation
35 Charlton Avenue
Blackfalds, AB T0M 0J0, Canada


Powertherm
7420 Wright Road
Houston, TX 77041


Praxair
6620 Fairbanks North Houston Road
Houston, TX 77040

Preferred Logistics
12714 Settemont Road
Missouri City, TX 77489


Principal Life Insurance Co
PO Box 10372
Des Moines, IA 50306


Puffer Sweiven
PO Box 301124
Dallas, TX 75303


Pyron Expr
2712 Roger Avenue
Odessa, TX 79762


Queen Funding LLC
2221 NorthEast 164 Street 1144
North Miami Beach, FL 33160


Quest - Tec
13960 South Wayside Drive
Houston, TX 77048


R&R Gas & Equipment
2402 Broad Street
Houston, TX 77087


Ready Fresh
PO Box 5171
Westborough, MA 01581

RED-D-ARC Welding
1817 Federal Road
Houston, TX 77015


Republic Services
8220 W Highway 80
Midland, TX 79706


Richard Brown
1911Mossback Circle
Fresno, TX 77545


Robert Majano
21910 Octavia Way
Houston, TX 77073


ROC - Houston
1200 Binz 101
Houston, TX 77004


Rogers Equipment Sales
690 Sawmill Road
Durango, CO 81301


Rouge Waste Recovery &
Enviormental
PO Box 258
Conroe, TX 77305


RSD Supply
13225 FM 529 N
Houston, TX 77041

S I Energy
666 Goddard Ave NE
Calgary, AB T2K 5X3, Canada

Santini Ex
PO Box 15275
Houston, TX 77220

SCE
PO Box 600
Rosemead, CA 91771

Select Environmental
PO Box 732711
Dallas, TX 75373

Service Steel
PO Box 9607
Houston, TX 77213

Sherwin Williams
303 A FM 1960 West
Humble, TX 77338

Sheryl Burford
11714 Idlebrook Drive
Houston, TX 77070

Smith Road Lot 6, LP
7720 Westview Drive
Houston, TX 77055

SoCalGas
PO Box C
Monterey Park, CA 91756

Southern Transport
PO Box 1550
Kilgore, TX 75663

Spring Gas Compression
9337 Spring Cypress Road A
Spring, TX 77379

SST Security Transport
14601 South Memorial Drive
Bixby, OK 74008

ST South T
PO Box 7616
Victoria, TX 77903

Steel Supply
10600 Telephone Road
Houston, TX 77075

Stone Trucking
PO Box 700
Kiefer, OK 74041

Stuart Hos
4851 Homestead Road
Houston, TX 77028

Sunbelt Rental
PO Box 409211
Atlanta, GA 30384

Sundance F
PO Box 2495
Spring, TX 77383

TB Woods
440 North Fifth Avenue
Chambersburg, PA 17201

TCA Capital
777 Third Avenue 17A
New York, NY 10017

Texas Commission On
Environmental Quality
900 Airon Parkway 104
San Antonio, TX 78216

Texas Comptroller
PO Box 149359
Austin, TX 78714

Texas Mutual Insurance Co
PO Box 841843
Dallas, TX 75284

Texas Steam Equipment Co.
Inc.
PO Box 30129
New Orleans, LA 70190

Texas Workforce
101 East 15th Street
Austin, TX 78701


The Eads
13843 Promenade Boulevard 100
Stafford, TX 77477


The Savino Group
1810 West 25th Street
Houston, TX 77008


Titan Transportation
11603 Spring Cypress Road B
Tomball, TX 77377


Torc Engineering
3931 North Gamer Lake Road
Gillette, WY 82716


Travelers Insurance
PO Box 660317
Dallas, TX 75266


TRF Energy
21315 West Hardy
Houston, TX 77073


Trio Fab In
6515 Carson Road
Houston, TX 77048

Truespec
14107 Interview Drive West
Houston, TX 77032

TSC Logist
111 Founders Drive 300
Baton Rouge, LA 70810

Turbo Power Systems Inc.
1860 Interstate 10 South
Beaumont, TX 77707

United Vis
PO Box 975357
Dallas, TX 75397

UPS Shipping
55 Glenlake Parkway NorthEast
Atlanta, GA 30328

UR-United
PO Box 840514
Dallas, TX 75284

USA Industrial
302 State Street
South Houston, TX 77587

Ven Holdings LLC
3371 North Sam Houston Parkway
Houston, TX 77038

Verizon
26000 Cannon Road
Bedford, OH 44146

Vonage
PO Box 392415
Alum Bank, PA 15521

Waste Management
26000 Cannon Road
Bedford, OH 44146

WEG Electric
6655 Sugarloaf Parkway
Duluth, GA 30097

Westair Praxair Distributions,
Inc.
PO Box 120889
Dallas, TX 75312

WF Steel
PO Box 670563
White Oak, TX 75693

White Oak Radiator
PO Box 606
White Oak, TX 75693

Who The Geeks Call, LLC
PO Box 80933
Midland, TX 79708

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Compression Generation Services, LLC**                    CASE NO 21-30783

CHAPTER **7**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____ 03/05/2021 _____     Signature _____ /s/ John Peter Pauk _____
                                                            John Peter Pauk, President